AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT District of RHODE ISLAND

MICHAEL J. WHEELOCK SR., et.al.

V.

STATE OF RHODE ISLAND, et.al.

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: CA 06 366 S

I, Michael J. Wheelock Sr. declare that I am the (check appropriate box)

XX petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? XX Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Rhode Island Department of Corrections

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes XX No
   b. Rent payments, interest or dividends ☐ Yes XX No
   c. Pensions, annuities or life insurance payments ☐ Yes XX No
   d. Disability or workers compensation payments ☐ Yes XX No
   e. Gifts or inheritances ☐ Yes XX No
   f. Any other sources XX Yes ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Aunt and Mother place some money in my account for necessities

Do you have any cash or checking or savings accounts? XX Yes ☐ No

If "Yes," state the total amount. $500.00 in my frozen inmate account

Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes XX No

If "Yes," describe the property and state its value.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

eclare under penalty of perjury that the above information is true and correct.

UGUST 4, 2006
Date

Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.