# Inmate Statement

## Transactions between 2/15/2006 and 8/15/2006

Inmate ID: 74124
Name: WHEELOCK, MICHAEL
Status: Active

Block: MED
Tier: FMODR
Cell: 01B

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|
| 02/15/2006 | - | **BEGINNING BALANCES** | - | **559.48** | **0.00** | **500.00** | **59.48** |
| 02/15/2006 | PAYROLL MED | PORTER | 15.50 | 574.98 | 0.00 | 500.00 | 74.98 |
| 02/15/2006 | MEDICAL | MEDS MED 02-07-2006 | 3.00 | 574.98 | 3.00 | 500.00 | 74.98 |
| 02/15/2006 | <MEDICAL> | MEDS MED 02-07-2006 | -3.00 | 571.98 | 0.00 | 500.00 | 71.98 |
| 02/16/2006 | CASH A TELLER | CHERYL ZAMBARANO | 100.00 | 671.98 | 0.00 | 500.00 | 171.98 |
| 02/21/2006 | EPR | OID:100518303-ComisaryPurch-Reg | -54.77 | 617.21 | 0.00 | 500.00 | 117.21 |
| 02/27/2006 | ERF | OID:100518303-ComisaryRefund-Reg | 3.37 | 620.58 | 0.00 | 500.00 | 120.58 |
| 02/28/2006 | EPR | OID:100520870-ComisaryPurch-Reg | -64.51 | 556.07 | 0.00 | 500.00 | 56.07 |
| 02/28/2006 | LEGAL COPY | LEGAL COPIES MED 01-31-02-13 | 2.55 | 556.07 | 2.55 | 500.00 | 56.07 |
| 02/28/2006 | <LEGAL COPY> | LEGAL COPIES MED 01-31-02-13 | -2.55 | 553.52 | 0.00 | 500.00 | 53.52 |
| 03/03/2006 | POSTAGE | CERTIFIED MAIL | 4.88 | 553.52 | 4.88 | 500.00 | 53.52 |
| 03/03/2006 | <POSTAGE> | CERTIFIED MAIL | -4.88 | 548.64 | 0.00 | 500.00 | 48.64 |
| 03/04/2006 | ERF | OID:100520870-ComisaryRefund-Reg | 2.25 | 550.89 | 0.00 | 500.00 | 50.89 |
| 03/07/2006 | EPR | OID:100523304-ComisaryPurch-Reg | -41.24 | 509.65 | 0.00 | 500.00 | 9.65 |
| 03/09/2006 | POSTAGE | CERTIFIED MAIL | 4.64 | 509.65 | 4.64 | 500.00 | 9.65 |
| 03/09/2006 | <POSTAGE> | CERTIFIED MAIL | -4.64 | 505.01 | 0.00 | 500.00 | 5.01 |
| 03/10/2006 | CASH A LU | MARIE A. WHEELOCK | 50.00 | 555.01 | 0.00 | 500.00 | 55.01 |
| 03/14/2006 | EPR | OID:100526208-ComisaryPurch-Reg | -47.33 | 507.68 | 0.00 | 500.00 | 7.68 |
| 03/14/2006 | POSTAGE | CERTIFIED MAIL | 4.88 | 507.68 | 4.88 | 500.00 | 7.68 |
| 03/14/2006 | <POSTAGE> | CERTIFIED MAIL | -4.88 | 502.80 | 0.00 | 500.00 | 2.80 |
| 03/14/2006 | POSTAGE | CERTIFIED MAIL | 4.88 | 502.80 | 4.88 | 500.00 | 2.80 |
| 03/14/2006 | <POSTAGE> | CERTIFIED MAIL | -2.80 | 500.00 | 2.08 | 500.00 | 0.00 |
| 03/14/2006 | POSTAGE | POSTAGE | 6.56 | 500.00 | 8.64 | 500.00 | 0.00 |
| 03/14/2006 | PAYROLL MED | PORTER | 14.00 | 514.00 | 8.64 | 500.00 | 14.00 |
| 03/14/2006 | <POSTAGE> | Payment for POSTAGE on 2006-03-14-11.1 | -2.08 | 511.92 | 6.56 | 500.00 | 11.92 |
| 03/14/2006 | <POSTAGE> | Payment for POSTAGE on 2006-03-14-11.1 | -4.92 | 507.00 | 1.64 | 500.00 | 7.00 |
| 03/17/2006 | CASH A TELLER | CHERYL ZAMBARANO | 100.00 | 607.00 | 1.64 | 500.00 | 107.00 |
| 03/17/2006 | <POSTAGE> | Payment for POSTAGE on 2006-03-14-11.1 | -1.64 | 605.36 | 0.00 | 500.00 | 105.36 |
| 03/17/2006 | LEGAL COPY | LEGAL COPIES 02/14-02/27 MED | 1.15 | 605.36 | 1.15 | 500.00 | 105.36 |
| 03/17/2006 | <LEGAL COPY> | LEGAL COPIES 02/14-02/27 MED | -1.15 | 604.21 | 0.00 | 500.00 | 104.21 |
| 03/20/2006 | FURLOUGH FEE | MEDFURL MED 02-14-2006 | 6.00 | 604.21 | 6.00 | 500.00 | 104.21 |
| 03/20/2006 | <FURLOUGH FEE> | MEDFURL MED 02-14-2006 | -6.00 | 598.21 | 0.00 | 500.00 | 98.21 |