UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL J. WHEELOCK SR.<br>PLAINTIFFS, ET. AL.<br><br>VS.<br><br>STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS(RIDOC); CARCIERI; ASHEBEL T. WALL; ROBERT McCUTCHEON; RIDOC PAROLE BOARD; LISA HOLLEY; RIDOC SEX OFFENDER TREATMENT PROGRAM; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RIDOC CLASSIFICATION BOARD; ROBERT FLYNN; JOHN DOE(?); AND ANY AND ALL MEMBERS OF ANY AND ALL ADMINISTRATIVE DUTIES;<br>DEFENDANTS, ET. AL. | C.A. No.____________<br><br>CA 06 366 S |

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Now comes the plaintiffs et. al., before this Court and under Federal Rules of Civil Procedure, Rule 65. (b) Temporary Restraining Order, requesting an order in the above entitled cause enjoining the Warden of the John J. Moran Medium Security Facility from destroying the tape recordings of the plaintiff's Disciplinary Hearings of September 13,2005, and March 24,2006.

The grounds in support of this motion are as follows: Rhode Island Department of Corrections Policy #11.01-3 DOC, CODE OF INMATE DISCIPLINE, Disciplinary Board Hearing, (4),

> "The hearing must be tape recorded. Any tapes made are the property of the Department of Corrections and not issued except for administrative or judicial review. Wardens

> ensure the tapes are securely stored at the facility for a period of one year, minimum, after the date of the Disciplinary Hearing."

Unless restrained from destroying the tapes of plaintiff, Wheelock's, September 13,2005, and March 24,2006, Disciplinary Hearings. Valuable evidence will be destroyed.

The plaintiffs further move this court that the review of this action on the merits be advanced and consolidated with the hearing of this motion for a restraining order.

Respectfully Submitted,

Dana Waters #104645

Michael J. Wheelock Sr. #74124

Earnest Hazard #103948

Neal Rancourt #113007

Kenneth Wilson #110276

Louis Viveiros #121195

Frederick Hebert #45149

Alan Smith #111499

Normand Lalumiere #88291

John DOE (?)
Plaintiffs, et. al.