UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR.
PLAINTIFFS, ET. AL.

VS.

STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS(RIDOC); CARCIERI; ASHEBEL T. WALL; ROBERT McCUTCHEON; RIDOC PAROLE BOARD; LISA HOLLEY; RIDOC SEX OFFENDER TREATMENT PROGRAM; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RIDOC CLASSIFICATION BOARD; ROBERT FLYNN; JOHN DOE(?); AND ANY AND ALL MEMBERS OF ANY AND ALL ADMINISTRATIVE DUTIES;
DEFENDANTS, ET. AL.

C.A. No.____________

CA 06 366S

**TEMPORARY RESTRAINING ORDER**

In the above entitled cause it is so ordered that plaintiffs prayer(s) for a temporary restraining order be:

1. Plaintiffs' prayer for a temporary restraining order is granted.

2. The State of Rhode Island Department of Corrections, specifically, the Warden of the John J. Moran Medium Security Facility, Steve Boyd, is enjoined from destroying the tape recordings of both Plaintiff's Disciplinary Hearings. One on September 13,2005, and the other on March 24,2006. These tapes are vital evidence and the integrity of said tapes must be securely maintained.

3. Other:________________________________________________

A copy of this order and a copy of the complaint shall be served upon said defendant(s) forthwith.

Issued at_______am./pm. This______day of__________,2005 A.D.

Enter: By Order:

______________________ ______________________

Justice Clerk