UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR.
PLAINTIFFS, ET. AL.

VS.

STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS(RIDOC); CARCIERI; ASHEBEL T. WALL; ROBERT McCUTCHEON; RIDOC PAROLE BOARD; LISA HOLLEY; RIDOC SEX OFFENDER TREATMENT PROGRAM; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RIDOC CLASSIFICATION BOARD; ROBERT FLYNN; JOHN DOE(?); AND ANY AND ALL MEMBERS OF ANY AND ALL ADMINISTRATIVE DUTIES;
DEFENDANTS, ET. AL.

C.A. No.____________

CA 06 366S

**MOTION FOR CERTIFICATION AS A CLASS**

Now comes the plaintiffs et. al., before this Court and under Federal Rules of Civil Procedure, Rule 23. Class Actions, requesting an order that their complaints be consolidated to form a Class Action Lawsuit.

The plaintiffs further move this Court that the review of this action on the merits be advanced and consolidated with the hearing of this motion to form a class action lawsuit.

Respectfully Submitted,

[signature]
Dana Waters #104645

[signature]
Ernest Hazard #103948

[signature]
Michael J. Wheelock Sr. #74124

Neal Rancourt #113007

Kenneth Wilson #110276

Louis Viveiros #121195

Frederick Hebert #45149

Alan Smith #111499

Normand Lalumiere #88291

John Doe (?)
Plaintiffs, et. al.