**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, SR.

V. C.A. No. 06 - 366 S

STATE OF RHODE ISLAND,
RHODE ISLAND DEPARTMENT
OF CORRECTIONS, et al.

**ORDER**

Plaintiff Michael J. Wheelock, *pro se,* filed a Complaint presumably pursuant to 42 U.S.C. § 1983. Contemporaneous with the filing of the Complaint, plaintiff filed a Motion for a Temporary Restraining Order seeking to enjoin the Rhode Island Department of Corrections[1] from destroying certain tapes which contain a recording of the plaintiff's disciplinary hearings occurring on September 13, 2005 and March 24, 2006.

The Rhode Island Department of Corrections' legal counsel is hereby **ORDERED** to:

(1) Ascertain whether any such audio and / or video tapes currently exist of plaintiff's disciplinary hearings on September 13, 2005 and March 24, 2006;

(2) Determine whether the Rhode Island Department of Corrections will consent to an Order directing the preservation of the tapes until a final resolution of this case;

(3) Determine whether RI DOC legal counsel will consent to maintain control of the tapes until a final resolution of this case.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
August 18, 2006

[1] No defendant has yet to be served in this matter as of the date of this Order.