# Inmate Statement
## Transactions between 2/10/2006 and 8/10/2006

Inmate ID: 64698
Name: PERKINS, ANTHONY
Status: Active

Block: MED
Tier: FMODR
Cell: 15T

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|
| **02/10/2006** | **-** | **BEGINNING BALANCES** | **-** | **49.54** | **0.00** | **0.00** | **49.54** |
| 02/11/2006 | ERF | OID:100513864-ComisaryRefund-Reg | 0.65 | 50.19 | 0.00 | 0.00 | 50.19 |
| 02/14/2006 | EPR | OID:100515501-ComisaryPurch-Reg | -14.92 | 35.27 | 0.00 | 0.00 | 35.27 |
| 02/15/2006 | EPR | OID:100517376-ComisaryPurch-Reg | -9.50 | 25.77 | 0.00 | 0.00 | 25.77 |
| 02/23/2006 | MEDICAL | PRO ISC 01-21-2006 | 2.20 | 25.77 | 2.20 | 0.00 | 25.77 |
| 02/23/2006 | <MEDICAL> | PRO ISC 01-21-2006 | -2.20 | 23.57 | 0.00 | 0.00 | 23.57 |
| 02/28/2006 | EPR | OID:100520503-ComisaryPurch-Reg | -3.15 | 20.42 | 0.00 | 0.00 | 20.42 |
| 03/06/2006 | CASH A LU | GINA RUSSO | 100.00 | 120.42 | 0.00 | 0.00 | 120.42 |
| 03/20/2006 | FURLOUGH FEE | MEDFURL ISC 02-14-2006 | 6.00 | 120.42 | 6.00 | 0.00 | 120.42 |
| 03/20/2006 | <FURLOUGH FEE> | MEDFURL ISC 02-14-2006 | -6.00 | 114.42 | 0.00 | 0.00 | 114.42 |
| 03/20/2006 | LEGAL COPY | LEGAL COPIES FEB 2006 ISC | 0.05 | 114.42 | 0.05 | 0.00 | 114.42 |
| 03/20/2006 | <LEGAL COPY> | LEGAL COPIES FEB 2006 ISC | -0.05 | 114.37 | 0.00 | 0.00 | 114.37 |
| 03/24/2006 | MEDICAL | PRO ISC 03-09-2006 | 6.50 | 114.37 | 6.50 | 0.00 | 114.37 |
| 03/24/2006 | <MEDICAL> | PRO ISC 03-09-2006 | -6.50 | 107.87 | 0.00 | 0.00 | 107.87 |
| 04/03/2006 | CASH B TELLER | SAL PERKINS | 40.00 | 147.87 | 0.00 | 0.00 | 147.87 |
| 04/04/2006 | EPR | OID:100533468-ComisaryPurch-Reg | -61.55 | 86.32 | 0.00 | 0.00 | 86.32 |
| 04/05/2006 | EPR | OID:100534855-ComisaryPurch-Reg | -62.83 | 23.49 | 0.00 | 0.00 | 23.49 |
| 04/11/2006 | EPR | OID:100536062-ComisaryPurch-Reg | -17.06 | 6.43 | 0.00 | 0.00 | 6.43 |
| 04/25/2006 | EPR | OID:100540673-ComisaryPurch-Reg | -6.35 | 0.08 | 0.00 | 0.00 | 0.08 |
| 05/01/2006 | MEDICAL | MEDS MED 04-13-2006 | 3.50 | 0.08 | 3.50 | 0.00 | 0.08 |
| 05/01/2006 | <MEDICAL> | MEDS MED 04-13-2006 | -0.08 | 0.00 | 3.42 | 0.00 | 0.00 |
| 05/03/2006 | CASH B TELLER | SAL PERKINS | 30.00 | 30.00 | 3.42 | 0.00 | 30.00 |
| 05/03/2006 | <MEDICAL> | Payment for MEDICAL on 2006-05-01-12.2 | -3.42 | 26.58 | 0.00 | 0.00 | 26.58 |
| 05/09/2006 | EPR | OID:100546253-ComisaryPurch-Reg | -25.57 | 1.01 | 0.00 | 0.00 | 1.01 |
| 06/02/2006 | CASH B TELLER | SAL PERKINS | 40.00 | 41.01 | 0.00 | 0.00 | 41.01 |
| 06/06/2006 | EPR | OID:100555293-ComisaryPurch-Reg | -36.21 | 4.80 | 0.00 | 0.00 | 4.80 |
| 07/10/2006 | CASH B TELLER | SAL PERKINS | 25.00 | 29.80 | 0.00 | 0.00 | 29.80 |
| 07/14/2006 | PAYROLL MED | PORTER | 5.00 | 34.80 | 0.00 | 1.25 | 33.55 |
| 07/18/2006 | EPR | OID:100570818-ComisaryPurch-Reg | -24.16 | 10.64 | 0.00 | 1.25 | 9.39 |
| 08/01/2006 | EPR | OID:100574889-ComisaryPurch-Reg | -6.00 | 4.64 | 0.00 | 1.25 | 3.39 |
| 08/07/2006 | CASH B TELLER | SAL PERKINS | 30.00 | 34.64 | 0.00 | 1.25 | 33.39 |
| 08/08/2006 | EPR | OID:100578083-ComisaryPurch-Reg | -30.05 | 4.59 | 0.00 | 1.25 | 3.34 |

# Inmate Statement

## Transactions between 2/10/2006 and 8/10/2006

Inmate ID: 64698
Name: PERKINS, ANTHONY
Status: Active

Block: MED
Tier: FMODR
Cell: 15T

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|

| FUNDS BALANCES ON 08/10/2006 | | | | | DEBT BALANCE ON 08/10/2006 |
|---|---|---|---|---|---|
| Total Funds | - | Encumbered | = | Spending Balance | |
| $ 4.59 | | $ 1.25 | | $ 3.34 | $ 0.00 |