UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL WHEELOCK | : | |
| | : | |
| v. | : | C.A. No. 06-366S |
| | : | |
| STATE OF RHODE ISLAND, et al | : | |

**DEFENDANTS' RESPONSE TO ORDER**

Now come the Defendants in the above-entitled action and, hereby respond to the Court's Order, Magistrate Judge Hagopian, of August 18, 2006. Defendants' response does not waive proper service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

The Court's Order of August 18, 2006 instructed the Department of Corrections' legal counsel to ascertain whether any audio and/or video tapes currently exist of plaintiff's disciplinary hearings on September 13, 2005 and March 24, 2006, and, if they exist, to determine whether they would consent to an Order to preserve and maintain control of the tapes until a final resolution of this case. Legal counsel submits that she requested a search for the audio tapes of the disciplinary hearings noted, (video tapes of disciplinary hearings are not made) from the Warden Stephen Boyd. After a due and diligent search, Warden Boyd informed counsel that the September 13, 2005 audio tape was located, but that the March 24, 2006 tape could not be found.

Counsel for the Department of Corrections consents to an order of this Court directing that the September 13, 2005 tape be preserved and that the office of legal counsel maintain control of the tape until a final resolution of this case. Counsel will

inform the Court immediately if the March 24, 2006 is ever located, and if it is located, will consent to preserve and maintain that tape until final resolution of this case.

DEFENDANTS
By their attorney,

/s/ Patricia A. Coyne-Fague
Patricia A. Coyne-Fague, #5198
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(410) 462-2583 fax

**Certification**

I hereby certify that on the 22nd day of August, 2006 I sent a true copy of the within document by first-class mail postage pre-paid to: Michael Wheelock, Ernest Hazard, Kenneth Wilson and Luis Viveiros, P.O. Box 8274, Cranston, RI 02920.

/s/Patricia A. Coyne-Fague