**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL WHEELOCK, et al.**

v. **C.A. No. 06 - 366 S**

**STATE OF RHODE ISLAND, et al.**

**ORDER**

This matter is before the court on the motion of a non-party, Dana Waters, for leave to proceed *in forma pauperis* without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of motion, said motion is **DENIED**. Plaintiff is not a party to this instant action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
August 31, 2006