**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, SR.

V. C.A. No. 06 - 366 S

STATE OF RHODE ISLAND, et al.

**CONSENTED**
**TO**
**ORDER**

Plaintiff Michael J. Wheelock, *pro se,* filed a Complaint presumably pursuant to 42 U.S.C. § 1983. Contemporaneous with the filing of the Complaint, plaintiff filed a Motion for a Temporary Restraining Order seeking to enjoin the Rhode Island Department of Corrections[1] from destroying certain tapes which contain a recording of the plaintiff's disciplinary hearings occurring on September 13, 2005 and March 24, 2006. The Rhode Island Department of Corrections' legal counsel was thereafter ordered to ascertain whether any such audio and / or video tapes currently exist of plaintiff's disciplinary hearings on September 13, 2005 and March 24, 2006 and determine whether the Rhode Island Department of Corrections will consent to an Order directing the preservation of the tapes until a final resolution of this case.

The RI DOC has provided a response, indicating that they have located the September 13, 2005 audio tape but have not been able to locate the March 24, 2006 audio tape (videotapes of disciplinary hearings are not made). Furthermore, the RI DOC has indicated that they will consent to an Order preserving the September 13, 2005 audio tape until a final resolution of this case.

Accordingly, **IT IS HEREBY ORDERED** :

1. The RI DOC's Office of Legal Counsel shall maintain care, custody and control of the plaintiff Michael Wheelock's September 13, 2005 disciplinary hearing audio tape until a final resolution of this case by way of appeal or otherwise.

2. The RI DOC's Office of Legal Counsel shall promptly inform the Court if Michael Wheelock's March 24, 2006 disciplinary hearing audio tape is located.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
August 31, 2006

[1] No defendant has yet to be served in this matter as of the date of this Order.