**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL WHEELOCK,**
**et al.**

**v.** **C.A. No. 06-** ~~303~~ 366 **S**

**STATE OF RHODE ISLAND,**
**et al.**

**MEMORANDUM AND ORDER**

Plaintiffs Michael J. Wheelock, Ernest Hazard, Kenneth Wilson, and Louis Viveiros, *pro se*, inmates confined at the Rhode Island Department of Corrections, filed a Complaint together with requests to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiffs have not, however, filed certified copies of their prison trust account statements for the six month period immediately preceding the filing of their Complaint on August 11, 2006. See 28 U.S.C. § 1915(a)(2). Accordingly, plaintiffs will be provided an opportunity to submit their prison trust account statements.

Accordingly, **IT IS HEREBY ORDERED** that EACH plaintiff - Michael J. Wheelock, Ernest Hazard, Kenneth Wilson, and Louis Viveiros, shall submit, within **twenty days** of the date of this order:

1. A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint,or from **February 10, 2006 to August 10, 2006. Said copy must show the credit to, and the monthly balances therein.** Once submitted, the filing fee will be apportioned among each plaintiff.

Failure of any plaintiff to comply with this order will result in a dismissal of that individual from this action.

**IT IS SO ORDERED.**

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
September 11, 2006