UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR. et. al. :
:
v. : C.A. No. 06-366S
:
STATE OF RHODE ISLAND, :
RHODE ISLAND DEPARTMENT :
OF CORRECTIONS,et.al. :

**MOTION FOR RECONSIDERATION OF CLASS CERTIFICATION**

Now comes the plaintiffs, et. al., requesting the Courts Reconsideration Of Class Certification pursuant to Fed. R. Civ. P. Rule 23 Class Actions, specifically, Rule 23 (g) Class Counsel.

In support of the Court's August 31,2006, R&R it seems that the Class (a group of Sex Offenders) was denied Class Certification specifically due to Rule 23 (a)(4). The Court states that the Plaintiffs pro-se seem to want to represent the class and are not qualified to due so. The Plaintiffs agree with the Court that they cannot fairly represent the class and should have requested the Court to Appoint Counsel. The Plaintiffs apoligize for this oversight and have submitted a Motion for the Appointment of Counsel.

Wherefore, the Plaintiffs pray that this Honorable Court will Certify them as a Class.

Respectfully Submitted,

## Certification [28 USCS § 1746]

Plaintiffs hereby certify that on the 12th day of September 2006, A true copy of the within document was sent by RIDOC Interdepartmental Mail to: Patricia A. Coyne-Fague, #5198, Cheif Legal Counsel, RI. Department of Corrections, 40 Howard Avenue, Cranston, RI. 02920.