UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR. et. al. | : | |
| | : | |
| v. | : | C.A. No. 06-366S |
| | : | |
| STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS,et.al. | : | |

**MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the plaintiffs, et. al., requesting the Court to Appoint Counsel pursuant to 28 § 1915 and under Fed. R. Civ. P. 23 (g) Class Counsel.

In support of this Motion is the Court's August 31,2006, R&R denying Class Certification specifically due to Fed. R. Civ. P. Rule 23 (a)(4). The Court states that the Plaintiffs pro-se seem to want to represent the Class (a group of sex offenders) and are not qualified to due so. The Plaintiffs agree with the Court that they cannot fairly represent the Class and should have requested the appointment of counsel. The Plaintiffs apoligize for this oversight and now submit this Motion For The Appointment Of Counsel.

Wherefore, the Plaintiffs pray that this Honorable Court will grant this Motion For The Appointment Of Counsel.

Respectfully Submitted,

## Certification [28 USCS § 1746]

Plaintiffs hereby certify that on the 12th day of September 2006, A true copy of the within document was sent by RIDOC Interdepartmental Mail to: Patricia A. Coyne-Fague, #5198, Cheif Legal Counsel, RI. Department of Corrections, 40 Howard Avenue, Cranston, RI. 02920.