Case 1:06-cv-00366-S-JH Document 19 Filed 09/15/2006 Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.,et.al. | : | |
| v. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS,et.al. | : | |

**MOTION FOR AN EXTENSION OF TIME**

Now comes the plaintiffs, et. al., requesting an extention of time in or to Object to the Courts R&R denying Plaintiffs motion for Certification as a Class.

In support of this Motion is the attached Petition For a Writ of Mandamus pursuant to 28 § 1361, and Motion for Reconsideration.

Plaintiffs pray that this Honorable Court Grant a Motion for Extention of time until a ruling on the Petition For a Writ of Mandamus, and Motion for Reconsideration.

Respectfully Submitted,

[signatures]

Plaintiffs may have 20 additional days to file Objection to R+R

**Certification [28 USCS § 1746]**

Plaintiffs hereby certify that on the 12th day of September 2006, A true copy of the within document was sent by RIDOC Interdepartmental Mail to: Patricia A. Coyne-Fague, #5198, Chief Legal Counsel, RI. Department of Corrections, 40 Howard Avenue, Cranston, RI. 02920.

[signatures]

WSmm
USDJ
9/20/06