UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR.,et.al. :
:
v. : C.A. No. 06-366S
:
STATE OF RHODE ISLAND, :
RHODE ISLAND DEPARTMENT :
OF CORRECTIONS,et.al. :

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Now comes the plaintiffs, et. al., specifically Michael J. Wheelock Sr., before this Court and under Federal Rules of Civil Procedure, Rule 65. (b) Temporary Restraining Order, requesting an Order in the above entitled cause enjoining the Warden of the John J. Moran Medium Security Facility, Stephen Boyd, from destroying the Audio Recording of the plaintiff's Disciplinary Hearing of April 26,2005, and other evidence pertaining to the alleged fight in the dayroom of module echo-right on April 23,2005, at 11:17am. (see attached unanswered "Good Faith Request").

The Grounds in support of this Motion are contingent upon: Rhode Island Department of Corrections(RIDOC) Policy #11.01-4 DOC, CODE OF INMATE DISCIPLINE, Effective December 13,2004, Section III. D. 6. g. (1) Tape Recordings, [The Disciplinary Hearing must be tape recorded. The tapes of the Hearing are not released except for administrative or judicial review. Wardens/ Administrators ensure the tapes are securely stored at the facility for a period of at least (3) years]; RIDOC's Chief Legal

Counsel, Patricia A. Coyne-Fague's response to the Court's Order, [That after a due and diligent search, Warden Boyd informed counsel that the March 24,2006, Audio tape of Wheelock's Disciplinary Hearing could not be found] and; Plaintiff's unanswered "Good Faith Request" that the RIDOC's Chief Legal Counsel, Patricia A. Coyne-Fague ascertain and maintain posession of the Plaintiff's Audio recording of the April 26,2005, Disciplinary Hearing and other vital evidence.

Wherefore, the Plaintiffs pray that this Honorable Court will grant this motion for a Temporary Restraining Order

Respectfully Submitted,
Michael J. Wheelock Sr.
Michael J. Wheelock Sr.
Inmate #74124
P.O. Box 8274
Cranston, RI. 02920

**Certification [28 USCS 1746]**

I hereby certify that on the 18th day of September, 2006, I sent a true copy of the within document by RIDOC Interdepartmental Mail to: Patricia A. Coyne-Fague, #5198, Chief Legal Counsel, RI. Department of Corrections, 40 Howard Avenue, Cranston, RI. 02920.

Michael J. Wheelock Sr.