UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR., et.al. :
:
v. : C.A. No. 06-366S
:
STATE OF RHODE ISLAND, :
RHODE ISLAND DEPARTMENT :
OF CORRECTIONS, et.al. :

**TEMPORARY RESTRAINING ORDER**

In the above entitled cause it is so ORDERED that plaintiffs prayer(s) for a Temporary Restraining Order be:

1. Plaintiff's prayer for a temporary restraining order is granted.
2. The State of Rhode Island Department of Corrections, specifically, the Warden of the John J. Moran Medium Security Facility, Stephen Boyd, is enjoined from destroying the tape recording of plaintiff's Disciplinary Hearing on April 26,2005. This tape is vital evidence and the integrity of said tape must be securely maintained.
3. Other:______________________________________________

______________________________________________________

A copy of this ORDER and a copy of this complaint shall be served upon said defendant(s) forthwith.

Issued at_______am./pm. This______day of__________,2006 A.D.

Enter: By Order:

______________________ ______________________
Justice Clerk