UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.,et.al. | : | |
| | : | |
| v. | : | C.A. No. 06-366S |
| | : | |
| STATE OF RHODE ISLAND, | : | |
| RHODE ISLAND DEPARTMENT | : | |
| OF CORRECTIONS,et.al. | : | |

"GOOD FAITH REQUEST"

The Plaintiff, Michael J. Wheelock Sr., is requesting in "Good Faith" to have the Rhode Island Department of Corrections legal counsel, specifically, Chief Legal Counsel Patricia A. Coyne-Fague, to ascertain whether any audio and/or vidio tapes currently exist of plaintiff's alleged fight in the dayroom of module echo-right on April 23,2005 at 11:17am., and the recording of the disciplinary hearing for this alleged fight on April 26, 2005.

Plaintiff requests that any and all records of this incident be preserved and maintained until final resolution of this case.

Plaintiff requeats the consent of legal counsel that they will in fact maintain posession of said records.

To make it easier for the legal counsel of the defendants'. Plaintiff informs that the RIDOC Special Investigations Unit, specifically, Inspector Cabral, conducted an investigation into this matter as well as the Division of Internal Affairs, specifically, Allen Aldrich.

Respectfully Submitted,

Michael J. Wheelock Sr.
Inmate #74124
PO. Box 8274
Cranston, RI. 02920

**Certification**

I hereby certify that on the 28th day of August,2006, I sent a true copy of the within document by RIDOC Interdepartmental Mail to: Patricia A. Coyne-Fague, #5198, Chief Legal Counsel, RI. Department of Corrections, 40 Howard Avenue, Cranston, RI. 02920.