UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR., et.al. | : | |
| | : | |
| v. | : | C.A. No. 06-366S |
| | : | |
| STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS, et.al. | : | |

PETITION FOR A WRIT OF MANDAMUS/CONTEMPT OF COURT

Now comes the Plaintiffs, et. al., pursuant to 28 § 1361 and the Morris Rules and any and all other applicable Rules, Statutes, amd Authorities seek an uninhibided clearly established right of Access to the United States Postal Service.

In support of this petition plaintiff Wheelock filed an Official Complaint on August 31,2006, with Warden Stephen Boyd regarding Privileged/Legal Mail(see exhibit 1). The plaintiffs also file an affidavit as to the United States District Court's service of the Court's R&R via United States Postal Service and the delay tactics of the opposition.

Plaintiffs pray that this Honorable Court Grant Petition for a Writ of Mandamus directing the opposition to not use the United States Postal Service as their own private means of gaining an advantage over and hindering Plaintiffs actions against the RIDOC, et. al., and hold them in contempt of the Morris Rules as well as other sanctions.

Furthermore, this issue will be brought up during hearings.

Respectfully Submitted,

ORDER

DENIED. No basis exists to grant the plaintiffs the relief requested in the within motion.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: September 26, 2006