UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**ENTRY OF APPEARANCE**

I, Michael W. Field, Special Assistant Attorney General, and Richard B. Woolley, Assistant Attorney General do hereby enter our appearance on behalf of Defendant, State of Rhode Island, in the above-referenced matter.

Respectfully submitted,

STATE OF RHODE ISLAND,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
/s/ Richard B. Woolley

Michael W. Field, #5809
Special Assistant Attorney General
Richard B. Woolley, Bar #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov
rwoolley@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Entry of Appearance was mailed, postage prepaid, on this 4th day of October, 2006 to those indicated below:

Michael J. Wheelock, Sr.
PO Box 8274, Inmate # 74124
Cranston, Rhode Island 02920

________/s/ Michael W. Field_______