**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL WHEELOCK,**
**et al.**

**v.** **C.A. No. 06- 366 S**

**STATE OF RHODE ISLAND,**
**et al.**

**MEMORANDUM AND ORDER**

Plaintiffs Michael J. Wheelock, Ernest Hazard, Kenneth Wilson, and Louis Viveiros, *pro se,* inmates confined at the Rhode Island Department of Corrections, filed a Complaint together with requests to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiffs have not, however, filed certified copies of their prison trust account statements for the six month period immediately preceding the filing of their Complaint on August 11, 2006, despite being provided an opportunity to do so. See 28 U.S.C. § 1915(a)(2); see also Dckt # 17. Accordingly, plaintiffs' motions to proceed *in forma pauperis* are **denied.**

Furthermore, plaintiffs are hereby **ORDERED** to pay the **$350.00** filing fee within ten days of this Order. Failure to comply with this Order will result in a dismissal of this action in its entirety.

**IT IS SO ORDERED.**

[signature]
Jacob Hagopian
Senior United States Magistrate Judge
Date: 4 Oct 2006