**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, SR.

V. C.A. No. 06 - 366 S

STATE OF RHODE ISLAND, et al.

**ORDER**

Plaintiff Michael J. Wheelock, *pro se*, filed a Complaint presumably pursuant to 42 U.S.C. § 1983. On September 21, 2006, plaintiff filed a Motion for a Temporary Restraining Order seeking to enjoin the Rhode Island Department of Corrections[1] from destroying audio tapes which contain a recording of the plaintiff's disciplinary hearings occurring on April 26, 2005.

Accordingly, the Rhode Island Department of Corrections' Office of Legal Counsel is hereby **ORDERED** to:

(1) Ascertain whether any such audio tapes currently exist of plaintiff's disciplinary hearings on April 26, 2005;

(2) Determine whether the Rhode Island Department of Corrections will consent to an Order directing the preservation of the tapes until a final resolution of this case; and

(3) Determine whether the RI DOC legal counsel will consent to maintain control of the tapes until a final resolution of this case.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
October 3 , 2006

[1] No defendant has yet to be served in this matter as of the date of this Order.