TO: UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
ATT: SENIOR U.S. MAGISTRATE JUDGE,
JACOB HAGOPIAN
ONE EXCHANGE TERRACE
PROVIDENCE, RI. 02903

FROM: MICHAEL J. WHEELOCK SR.
P.O. BOX 8274
CRANSTON, RI. 02920

DATE: OCTOBER 2,2006

RE: DOCUMENT/ORDER #17-1
C.A. No. 06-366S

**AFFIDAVIT**

**CERTIFICATION [28 USCS § 1746]**

I hereby certify that I did provide the Court with the attached inmate account statement within a week of the filing of the complaint.

In support of my assertion, for the Courts convenience, and to question why the Court never received the document being requested. I have highlighted the date(8/15/2006) in which Inmate Accounts originally printed out the Account Statement.

Respectfully Submitted,

NOTE: There is presently an Objection before the Court to Document #16. The outcome will ultimately effect Document #17-1.

cc: file.