TO: UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
ATTN: SENIOR U.S. MAGISTRATE JUDGE
JACOB HAGOPIN
ONE EXHCANGE TERRACE
PROVIDENCE, R.I. 02903

FROM: KENNETH WILSON
P.O. BOX 8274
CRANSTON,R.I. 02920

Date: OCTOBER 4 ,2006

RE: DOCUMENT/order #17-1
C.A. No. 06-366S

AFFIDAVIT

CERTIFICATION[28 USCS § 1746]

I hereby certify that I did provide the Court with the document's being requested. I am now provideng the Court with an additional copy of requested inmate account statement: attached.

Respectifully Submitted

Kenneth P. Wilson

Note: There is presently an Objection before the Court to Document #16. The out come will ultimately effect Document #17-1

cc: file