TO: UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
ATTN: SENIOR U.S. MAGISTRATE JUDGE
JACOB HAGOPIN
ONE EXCHANGE TERRACE
PROVIDENCE, R.I. 02903

FROM: LUIS VIVEIROS
P.O. BOX 8274
CRANSTON, R.I. 02920

Date: OCTOBER____,2006

RE: DOCUMENT/order #17-1
C.A. No. 06-366S

AFFIDAVIT
CERTIFICATION [ 28 USCS § 1746]

I hereby certify that i did provide the Court with the document's being requested. I am now providing the Court with an additional copy of requested inmate account statement: attached.

Respectifully Submitted

_______________________

Note: There is presently an Objection before the Court to Document #16. The out come will ultimately effect Document #17-1.

cc: file