UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL J. WHEELOCK, ET AL.<br>Plaintiffs,<br>v.<br>STATE OF RHODE ISLAND, ET AL.<br>Defendants. | C.A. No. 06-366S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on September 1, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiffs' Motion for Class Certification is DENIED.

By Order,

Deputy Clerk

ENTER:

/s/ William E. Smith

William E. Smith
United States District Judge

Date: