UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Michael J. Wheelock Sr. :
Plaintiffs, et.al. :
:
v. : C.A. No. 06-366S
:
State of Rhode Island :
Defendants, et.al. :

OBJECTION TO MEMORANDUM AND ORDER

Now comes, Michael J. Wheelock Sr., Ernest Hazard, Kenneth Wilson, Luis Viverious, and plaintiffs, et.al., on behalf of themselves and all others similarly situated in the above named case. Who, Object to Senior United States Magistrate Judge, Jacob Hagopian's Memorandum and Order denying plaintiffs' applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and ordering them to pay $350.00 within ten days of October 4,2006, or the action will be dismissed in its entirety.
[ Hagopian based his decision upon, the court never received certified copies of the plaintiffs prison trust account statements, despite providing us another opportunity to do so.]

Plaintiffs assert that they did mail their prison account statements to the United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, RI. 02903, via United States Postal Service, First Class, Postage Prepaid. [ Plaintiffs cannot explain why the court did not receive their account statements either time. But, in support of their assertions that they did send their account statements to the court. They possess copies of their prison account statements

printed out by the Prison Accounts Office on or about the original filing date of the complaint. See Wheelock's printout dated August 15,2006, and Hazard's dated August 9,2006.

Furthermore, plaintiffs received Document #17-1, a Memorandum and Order from Hagopian, giving plaintiffs twenty days from September 12,2006, to submit their prison trust account statements, because the court had no record that plaintiffs did. [ Plaintiffs assert that they received Document #17-1 on September 30,2006. Thirteen buisness days after the order was issued and in an envelope postmarked September 27,2006, which was open and never sealed shut. (Each plaintiff has kept theses envelopes for the courts inspection.) These envelopes also contained Documents #26, and #27, as well as the above described #17-1. When plaintiffs received Document #17-1 on the 30th of September. They promptly mailed another copy of their prison trust account statements to comply with the court order.]

On October 6,2006, only plaintiff Wilson received Document #30, a Memorandum and Order denying plaintiffs' motions to proceed in forma pauperis and ordering them to pay a $350.00 filing fee within ten days or the action will be dismissed in its entirety. (Document #30 was issued five buisness days prior to the expiration of Document #17-1).

Plaintiffs have complained to the court about the problems they've been having with their mail to no avail. See Document #27.

Due to whatever reason the court has not received the plaintiffs' prison account statements. The plaintiffs assert that it was no fault of theirs and therefore, should not be held liable.

See Exhibits(A)(B) within

Plaintiffs resubmit their applications to proceed without prepayment of fees and affidavit along with their prison trust account statements dating back to Febuary 10,2006. Plaintiffs hope that the court will reconsider and grant their applications to proceed in forma pauperis.

Plaintiffs have also provided the court with a check in the amount of $350.00 from their $500.00 frozen prison account to ensure that this action will **not** be erroneously dismissed. (This frozen account is the only monies a prisoner has to be used for necessities upon release).

WHEREFORE, for the reasons stated within, plaintiffs pray this Honorable Court will not require them to deplete their $500.00 frozen prison trust accounts, and grant their applications to proceed in forma pauperis.

Respectfully Submitted,

Certification [28 USCS § 1746]

I/we declare under penalty of perjury that the foregoing is true and correct. Executed on October 10 ,2006.

Kenneth Wilson

Michael J. Wheelock Sr.

Luis Viveiros

Ernest Hazard

Subscribed and sworn to before me in Cranston in the County of Providence. In the State of Rhode Island and Providence Plantations. This 10 day of October A.D.2006.

Clerk/Notary Public

Date 10/10/06

Expiration Date: 5/31/09