UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | C.A. No. 06-366S |
| | : | |
| STATE OF RHODE ISLAND ET AL. | : | |
| | : | |
| Defendants, | : | |

**RESPONSE TO ORDER**

Pursuant to the Court's Order dated October 3, 2006 (Document #31), the Department of Corrections has reviewed its files to determine whether it possesses an April 26, 2005 audio tape relating to Plaintiff s disciplinary hearing. After searching the Department's records, Mr. Wheelock's April 26, 2005 recording cannot be located. If the tape is located, the Department of Corrections will preserve its contents until final resolution of this case.

Respectfully submitted,

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
____________________________

Michael W. Field, #5809
Special Assistant Attorney General
Richard B. Woolley, Bar #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995

mfield@riag.ri.gov
rwoolley@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Response to Order was mailed, postage prepaid, on this 18th day of October, 2006 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, RI 02920

**Kenneth Wilson**
P.O. Box 8274
Cranston, RI 02920