UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Michael J. Wheelock Sr., :
Plaintiffs, et.al. :
:
v. : C.A. No. 06-366S
:
State of Rhode Island, :
Rhode Island Department :
of Corrections, :
Defendants, et.al. :

**AMENDMENT OF "EVIDENCE" TO OBJECTION TO REPORT AND RECOMMENDATION**

Now come the plaintiffs collectively, et.al., on behalf of themselves and all others similary situated in the above named case. Who, amend their Objection to Senior United States Magistrate Judge, Jacob Hagopian's R & R denying Class Certification to include the following evidence to support their objection:

1.) Civil Cover Sheet, Section, Signature of Attorney of Record, highlighted for the courts convience is plaintiffs', "Request For Court Appointed (ACLU (?))" See attached Exhibit A.
This should leave no doubt that plaintiffs did not apparently seek to represent themselves as was stated in the R & R (Document #16).

2.) Complaint Cover Sheet, Page 1 of 81, First Paragraph, highlighted for the courts convience, "This cause of action is filed by a class of inmates. Who are sex offenders . . . " See attached Exhibit B.
This should leave no doubt that the plaintiffs did define themselves as a class. Contrary to the R & R (Document #16).

WHEREFORE, the plaintiffs pray that this Honorable Court overrule

Hagopian's R & R, Certify them as a Class, and Appoint Counsel to Represent them as a Class.

Respectfully Submitted,

Michael J. Wheelock Sr.

Ernest Hazard

Kenneth Wilson

Luis Viveiros

Certification [28 USCS § 1746]

I hereby certify that on the 16th day of October 2006, I mailed a true copy of this document postage prepaid to: Attorney Generals Office, Michael W. Field, #5089, 150 South Main Street, Providence, RI. 02903.

cc: file