UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL J. WHEELOCK SR.<br>PLAINTIFFS, ET. AL.<br><br>VS.<br><br>STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS(RIDOC); CARCIERI; ASHBEL T. WALL; ROBERT McCUTCHEON; RIDOC PAROLE BOARD; LISA HOLLEY; RIDOC SEX OFFENDER TREATMENT PROGRAM; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RIDOC CLASSIFICATION BOARD; ROBERT FLYNN; JOHN DOE(?); AND ANY AND ALL MEMBERS OF ANY AND ALL ADMINISTRATIVE DUTIES.<br>DEFENDANTS, ET. AL. | C.A. No. 06-366S |

## I. Preliminary Statement

This cause of action is filed by a class of inmates. Who are sex offenders currently housed and serving time at the State of Rhode Island, Rhode Island Department of Corrections.

The Plaintiffs allege that the Defendants refuse to adequately administer rehabilitative services to sex offenders in their custody. Specifically, through Peter Loss' Rhode Island Department of Corrections Sex Offender Treatment Program.

The Plaintiffs will explain how the Defendants refuse to abide by law, but rather release sex offenders into society without first providing them with any rehabilitation, or making