**Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

**United States District Court for the District of Rhode Island**

**File Number 06-366S**

| | | |
|---|---|---|
| **Michael J. Wheelock Sr. Plaintiffs, et.al.** | ) | |
| **v.** | ) | **Notice of Appeal** |
| **State of Rhode Island, Rhode Island Department of Corrections(RIDOC); Donald Carcieri; Ashebel Wall; Robert McCutcheon; RIDOC Parole Board; Lisa Holley; RIDOC Sex Offender Treatment Program; Peter Loss; Kirk Kaszyk; William Begones; Joseph Jankowski; Richard Meunier, Walter Duffy; Lawrence Ceresi; Samuel Davies; Maurice Chamberlain; Carolyn Ramano; RIDOC Classification Board; Robert Flynn; John Doe(?); and any and all members of any and all administratitive duties; Defendants, et.al.** | ) | |

Notice is hereby given that [Michael J. Wheelock Sr., Ernest Hazard, Kenneth Wilson, Luis Viveiros, Neal Rancourt, Dana Waters, Aaron Davis, Anthony Perkins, Alan Smith, Normand Lalumiere, John Pelland, Fred Hebert, Fred Erdman, Ronald Berriochoa, and John Doe(?), et.al.(collectively "Plaintiffs"), on behalf of themselves and all others similarly situated in the above named case*] hereby appeal to the United States Court of Appeals for the First Circuit from an ORDER denying Class Certification entered in this action on the 17th day of October,2006.

Respectfully Submitted,

Ernest Hazard

Michael J. Wheelock Sr.

Luis Viveiros

Kenneth Wilson

Another security

Dana Waters

Neal Rancourt

Anthony Perkins

Aaron Davis

Normand Lalumiere

Alan Smith

John Pelland

Fred Hebert

Ronald Berroichoa

Fred Erdman

See Plaintiffs' Request for the Appointment of Interim Counsel to Represent them in the Filing of an Appeal to the Court of Appeals from an ORDER denying their Motion for Class Certification.

CERTIFICATION [28 USCS § 1746]

I hereby certify that the original and copies were sent by means of First Class Postage Prepaid on the 21st day of October 2006, to: United States District Court, Office of the Clerk, One Exchange Terrace, Providence, RI. 02903.

Michael J. Wheelock Sr.