UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**ENTRY OF APPEARANCE**

We, Michael W. Field, Special Assistant Attorney General, and Richard B. Woolley, Assistant Attorney General, do hereby enter our appearance on behalf of Defendants, **Sex Offender Treatment Program**; **Peter Loss**, in his individual and official capacity; **Lisa Holley**, in her individual and official capacity; **Walter Duffy**, in his individual and official capacity; **Samuel Davies**, in his individual and official capacity; **Richard Meunier**, in his individual and official capacity; **William Begones**, in his individual and official capacity; **Joseph Jankowski**, in his individual and official capacity; **Lawrence Ceresi**, in his individual and official capacity; **Carolyn Ramano**, in her individual and official capacity; **Governor Donald Carcieri**, in his individual and official capacity; **Irving Chamberlin**, in his individual and official capacity; **Director A.T. Wall**, in his individual and official capacity; **Deputy Warden Kirk Kaszyk**, in his individual and official capacity; **Patrick Flynn**, in his individual and official capacity; **Robert McCutchenon**, in his individual and official capacity; **the Parole Board**; and **the Classification Board**, in the above-referenced matter.

Respectfully submitted,

DEFENDANTS,
By their Attornies,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
/s/ Richard B. Woolley

Michael W. Field, #5809
Special Assistant Attorney General
Richard B. Woolley, Bar #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov
rwoolley@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Entry of Appearance was mailed, postage prepaid, on this 1st day of November, 2006 to those indicated below:

Ernest Hazard
103948
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

Louis Viveiros
121195
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

Michael J. Wheelock, Sr
74124
Medium Security
P.O. Box 8273
Cranston, RI 02920

Kenneth Wilson
P.O. Box 8274
Cranston, RI 02920

________/s/ Michael W. Field_______