UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR., PLAINTIFFS, ET.AL. | : | |
| v. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS, DEFENDANTS, ET.AL. | : | |

MOTION FOR A TEMPORARY RESTRAINING ORDER

Now comes the plaintiffs, et.al., specifically, Michael J. Wheelock Sr., before this Court and under Federal Rules of Civil Procedure, RULE 65. (b) Temporary Restraining Order, requesting an Order in the above entitled cause enjoining the Executive Secretary of the State of Rhode Island Parole Board, Ann Marie Bolvin to ascertain whether Audio Recordings of the plaintiff's Parole Hearings of Febuary 17,2004, and Febuary 22,2006, exist, and to consent to preserve and maintain the security of these recordings in entirety.

The grounds in support of this motion are:

1.) Rhode Island Parole Board Policy Statement as adopted March 28,2006, (C.) TAPE RECORDINGS: "The Rhode Island Parole Board shall record all Parole Board hearings with the use of a tape recording device, and tape recorded records of all hearings shall be maintained by the Executive Secretary for a period of three (3) years and shall not be deemed public record."

2.) Good Faith Request(Exhibit (A)) and a one sentence answer which does not stipulate it has been ascertained

said tapes exist(Exhibit (B)).

3.) UNANSWERED affidavit of the actual existance of said Audio Recordings(Exhibit (C)).

4.) In wake of it becoming routine habit of practice of losing just the Audio Recordings Wheelock requests (Exhibits (D),(E)).

WHEREFORE, plaintiffs pray that this Honorable Court GRANT this Motion For A Temporary Restraining Order to ensure that the relevant evidence the opposing party controls is actualy there and will not be destroyed.

Respectfully Submitted,

Michael J. Wheelock Sr.
PO. Box 8274
Cranston, RI. 02920

CERTIFICATION [28 USCS § 1746]

I hereby certify that on the 3rd day of November 2006, I mailed a true copy of this document by RIDOC's Interdepartmental Mail to: RIDOC's Parole Board, Executive Secretary, Ann Marie Bolvin, 40 Howard Avenue, Varley Building, Cranston, RI. 02920.

cc: file