UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR., :
PLAINTIFFS, ET.AL. :
:
v. : C.A. No. 06-366S
:
STATE OF RHODE ISLAND, :
DEFENDANTS, ET.AL. :

## PLAINTIFFS" RESPONSE TO DEFENDANTS' OBJECTION & MOTION

Now comes the plaintiffs, et.al., on behalf of themselves and all others similarly situated in the above named case. Responding to DEFENDANTS' OBJECTION TO PLAINTIFFS' REQUEST FOR THE APPOINTMENT OF INTERIM COUNSEL.

Defendants state,

> "[W]hether **exceptional circumstances** exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it."

> "The plaintiffs have demonstrated a familiarity with the factual and legal issues involved and have demonstrated knowledge concerning the procedures to investigate and present the instant case."

Defendants also filed, on the same date, a MEMORANDUM IN SUPPORT OF A MOTION FOR A MORE DEFINITE STATEMENT.

Defendants state,

> "Defendants do not dispute that a Rule 12 (e) Motion is an **extraordinary pleading.** Nonetheless, given the Complaint presently before the Court, a more definite statement is both necessary and proper. In particular,

appoint interim counsel which will, undoubtedly, best serve the ends of justice and protect the interest of all others similarly situated.

Respectfully Submitted,

Kenneth Wilson

Luis Viveiros

Michael J. Wheelock Sr.

Ernest Hazard

CERTIFICATION [28 USCS § 1746]

I hereby certify that on the 6th day of November 2006. I mailed a true copy of this document postage prepaid to: Attorney Generals Office, Michael W. Field, #5089, 150 South Main Street, Providence, RI. 02903.

**NOTE: No attorney will represent the plaintiffs due to their lack of funds.**

**cc: file**