UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**RESPONSE TO MOTION FOR A TEMPORARY RESTRAINING ORDER**

In response to Plaintiff's Motion for a Temporary Restraining Order (Document #50), the Department of Corrections has reviewed its files to determine whether it possesses a February 17, 2004 and a February 22, 2006 audio tape relating to Plaintiff s Parole Board hearings. After searching the Department's records, the DOC has located both the February 17, 2004 and the February 22, 2006 audio tapes. The Department of Corrections will preserve the contents of these audio tapes until final resolution of this case and will consent to any Order the Court wishes to enter to preserve these audio tapes.

Respectfully submitted,

DEFENDANTS
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
______________________________

Michael W. Field, #5809
Special Assistant Attorney General
Richard B. Woolley, Bar #1452
Assistant Attorney General
150 South Main Street

Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov
rwoolley@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Response to Motion was mailed, postage prepaid, on this 10th day of November, 2006 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, RI 02920

**Kenneth Wilson**
P.O. Box 8274
Cranston, RI 02920