# CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Response to Motion was mailed, postage prepaid, on the 10th day of November, 2006 to those indicated below:

________/s/ Michael W. Field_______

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, RI 02920

**Kenneth Wilson**
P.O. Box 8274
Cranston, RI 02920