**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, SR.

V. C.A. No. 06 - 366 S

STATE OF RHODE ISLAND, et al.

# ORDER

Plaintiff Michael J. Wheelock and several other co-plaintiffs, *pro se,* filed a Complaint presumably pursuant to 42 U.S.C. § 1983. On September 21, 2006, plaintiff Wheelock filed a Motion for a Temporary Restraining Order seeking to enjoin the Rhode Island Department of Corrections ("RI DOC") from destroying an audio tape(s) which contains a recording of the plaintiff's disciplinary hearing occurring on April 26, 2005. The Rhode Island Department of Corrections' legal counsel was thereafter Ordered to ascertain whether any such audio tape(s) exists and determine whether the RI DOC will consent to an Order directing the preservation of the tape(s) until a final resolution of this case.

Thereafter, the Rhode Island Attorney General entered his appearance on behalf of named defendants and provided a Response to the Order. In the Response, the Attorney General indicates that after a search of the RI DOC files, the tape(s) at issue can not be located. The Attorney General further indicates that if the tape(s) is located, the RI DOC will preserve the tape(s) until a final resolution of this case.

Accordingly, **IT IS HEREBY ORDERED** :

1. Plaintiff's motion (Dckt #25) is hereby **DENIED**.

2. The RI DOC's Office of Legal Counsel and/or the Attorney General shall promptly inform the Court if Plaintiff Wheelock's April 26, 2005, disciplinary hearing -audio tape(s) is located.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
November , 2006