**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, SR.

V. C.A. No. 06 - 366 S

STATE OF RHODE ISLAND, et al.

**CONSENTED**
**TO**
**ORDER**

Plaintiff Michael J. Wheelock, and several co-plaintiffs, *pro se,* filed a Complaint presumably pursuant to 42 U.S.C. § 1983. On November 7, 2006, plaintiff Wheelock filed what he titled a "Motion for a Temporary Restraining Order," seeking to enjoin the Rhode Island Parole Board from destroying audio recordings of Wheelock's parole hearings occurring on February 17, 2004 and February 22, 2006. Wheelock claims that these recordings are relevant to this instant case. The defendants have provided a Response to the Motion wherein they indicate that they have located the tapes and will consent to an Order directing their preservation until a final resolution of this case.

Accordingly, **IT IS HEREBY ORDERED :**

1. The RI DOC's Office of Legal Counsel and/or the Rhode Island Attorney General's Office shall maintain care, custody and control of the plaintiff Michael Wheelock's February 17, 2004 and February 22, 2006 parole hearing audio tapes until a final resolution of this case by way of appeal or otherwise.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
November 14, 2006