To: The clerk"

RECEIVED
NOV 16 2006
Property of U.S. District Court
District of Rhode Island

united STATES DRiSTRict COURT
FoR The DiSTRicT of Rhode ISIAnd

Hi" my nAme IS
John WilliAm PellAnd
InmATe ID# 80270 And I Am
WRiTing in ReguARdS To
TAking my nAme off A
PReliminARy sTATemenT
And moTion To Recieve council..
CASe number 06-366S...
CAn I pleASe be TAken off
This conTRAcT? OR moTion..
I've Seen And do noT

ID# 80270 John Pelland

Pg 2 of 2



wish to see any counsil in reguards to this case or have and thing to do with any law suite or court pecedings at all.. Any and all statement that a beeing made against theese people this case number 06-366S in no way have been made by myself at all... I was hoping you can please take my name and inmate ID# no. #80270 off this case no. 06.366S

my name is John William Pellard

John Pellard

ID# 80270
John J. Moran Facility
medium one
PO Box 8274 Cranston RI 02920