# AFFIDAVIT

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: November 28, 2006
(DATE)

[signature]
(SIGNATURE)

PRINT NAME: Michael J. Wheelock Sr.

ADDRESS: PO. Box 8274

Cranston, RI. 02920

Subscribed and sworn to before me in Cranston in the County of Providence. In the State of Rhode Island and Providence Plantations. This 28th day of November A.D.2006.

[signature] 11/28/06
Clerk/Notary Public Date

Commission Expires: 6/23/09.