# AFFIDAVIT

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: Nov 27/06
(DATE)

[signature]
(SIGNATURE)

PRINT NAME: Kenneth Wilson

ADDRESS: PO. Box 8274

Cranston, RI. 02920

Subscribed and sworn to before me in Cranston in the County of Providence. In the State of Rhode Island and Providence Plantations. This 27th day of November A.D.2006.

[signature]
Clerk/Notary Public

11/27/06
Date

Commission Expires: 6/23/09.