UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.,<br>PLAINTIFFS, ET.AL | : | |
| v. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND,<br>DEFENDANTS, ET.AL. | : | |

MOTION TO RESUBMIT AN APPLICATION TO

PROCEED IN FORMA PAUPERIS

Now comes the plaintiffs, et.al., and all others similarily situated, requesting the Court to declare In Forma Pauperis pursuant to 28 § 1915.

In support of this Motion is that plaintiffs' circumstances through the payments of the court's filing fees has changed their financial status.

See attached documents:

1.) Application to proceed under 28 USC § 1915.

2.) Certified prison trust account statements.

3.) Affidavit.

WHEREFORE, plaintiffs pray that this Honorable Court will DECLARE their indigency and allow them to Proceed In Forma Pauperis.

Respectfully Submitted,

Kenneth Wilson

Luis Viveiros

Michael J. Wheelock Sr.

Ernest Hazard

CERTIFICATION [28 USCS § 1746]

I hereby certify that on the 6th day of December 2006. I mailed a true copy of this document postage prepaid to: Attorney Generals Office, Michael W. Field, #5089, 150 South Main Street, Providence, RI. 02903.

NOTE: No attorney will represent the plaintiffs due to their lack of funds.

cc: file