UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.,<br>PLAINTIFFS, ET.AL.<br><br>V.<br><br>STATE OF RHODE ISLAND,<br>RHODE ISLAND DEPARTMENT<br>OF CORRECTIONS,<br>DEFENDANTS, ET.AL. | : | C.A. No 06-366S |

**MOTION FOR AN ORDER TO ACCESS**

**INMATE ENCUMBERED ACCOUNT**

Now comes the plantiffs' requesting an order to the Department Of Corrections to release moneys in the encumbered account to cover court costs (i.e. legal copies and postage).

Using moneys from inmate active account to cover such court costs is causing me to become oppressed and deprived of life necessaties

Relief being asked for under R.I.G.L. 42-56-22 (b).

"Nothing contained in this section shall prevent the use of the funds in the account for the payment of any court fees and court costs required to be paid for the filing, prosecution, and defense of any action."

Wherefore, Plaintiffs' pray that this Honorable Court will grant this Motion For An Order To Access Inmate Encumbered Account.

Respectifully Submitted

Michael J. Wheelock Sr.
# 74124

Ernest Hazard
# 103948

Kenneth Wilson
# 110276

Luis Viveiros
# 121195

**CERTIFICATION**

[ 28 uscs § 1746 ]

I hereby certify that on the 6th day of December 2006. I mailed a true copy of this document postage prepaid to: Attorney Generals Office, Michael W. Field, #5089, 150 South Main Street, Providence, R.I. 02903.