UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR, ET AL

V. C.A. NO. 06-366 S

STATE OF RHODE ISLAND DEPARTMENT
OF CORRECTIONS, ET AL

**ORDER**

This matter is before the Court on the application of a non-party, John William Pelland, wherein he seeks to have his name removed from this lawsuit. The instant lawsuit was commenced by four pro se plaintiffs who proport to attempt to represent a group of inmates.

Upon consideration of the motion, said motion is DENIED. Mr. Pelland is not a party to this action.

ENTER: PER ORDER:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: December 12, 2006