To: Office Clerk of
United States District Court
For the State of Rhode Island

DATE
12-18-06

Is it posible For me To Recieve From you.. A copy of my name John William Pelland #Inmate ID# 80270 from The chief Judge Taking me off case #06-366S. So That I can get back into mental Health Treatmen with Mr. Peter Coss The director of S.O.T.P... who is a part of This civil action complaint... I've been in Treatment with Mr. Coss For close To A decade which is more Than ½ my 12 years in prison.. I desperetely need and want S.O.T.P. Treatment and Mr. Coss S.O.T.P. is my only option hear at medium one, John J. Facility For Treatment of my kind of crimes... Please can you help me Recieve a letter from who ever I need To... To present To Mr. Coss of S.O.T.P.. So That I can get Treatment?

over →