CA 06-366S

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 06-2538

MICHAEL J. WHEELOCK SR.; ERNEST HAZARD; KENNETH E. WILSON; LOUIS VIVEIROS

Plaintiffs - Appellants

v.

STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS; DONALD L. CARCIERI; ASHBEL T. WALL, II; ROBERT M. MCCUTCHEON; STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS, Parole Board; LISA HOLLEY; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Sex Offender Treatment Program; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH F. JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Classification Board; ROBERT FLYNN

Defendants - Appellees

**Plaintiffs' - Appelants' Motion For Extension Of Time**

**To Object To Defendants' - Appellees Motion For Summary Disposition To Local First Circuit Rule 27(c)**

Now comes the plaintiffs' in the above entitled matter requesting a sixty (60) day extension of time in order to object to the above and titled matter.

In support of this motion; the plaintiffs' are unable to respond accordingly due to;

1) The Holidays

2) Incarceration

3) Broken copy machine

4) The closing of the law library

5) Inability to receive responses thru District Court which profoundly affect this case.

6) Since plaintiffs' have filed their appeal they have not received any documents from the District Court.

7) Plaintiffs' requests for status classification within the District Court remain unanswered.

Respectfully Submitted,

Kenneth F Wilson

Kenneth Wilson #110276

## CERTIFICATION

I, hereby certify that a copy of the foregoing Response to Motion was mailed, postage prepaid, on this 26th day of December, 2006 to those indicated below:

Michael W. Field, #91695
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

United States District Court
for the District of Rhode Island
Doreen Baldinelli, Clerk of the Court
One Exchange Terrace
Providence, RI 02903

United States Court of Appeals
Richard Cushing Donovan, Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way-Suite 2500
Boston, Mass. 02210

cc:file