# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I Jose M. Rivera am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

Jose M. Rivera

Affiant's Name

Apartado 1050

Address

Cidra P.R. 00739

Signed and sworn to before me this 18 day of December

at Cranston, County of Providence

Notary Public

Exp: 5/31/09

Commission Expires on