# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I Joseph Palumbo am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

Joseph Palumbo

Joseph Palumbo
Affiant's Name

Po Box 8274
Address

Cranst RI 02920

Signed and sworn to before me this 12th day of December 2006

at Cranston, County of Providence

[signature]
Notary Public

6/23/09
Commission Expires on

*Dear* Joseph

*I have arranged an appointment for you on* Thursday, 12-21-06 at 9:15 AM

*You will not be paged. Please just arrive in the Dispensary at the above date/time. If this is not convenient for you, let me know and I will re-schedule it for you.*

*I look forward to meeting with you. Thank you.*

*Sincerely,*

Judi Tassel, MSW

*Judi Tassel, MSW*
*Clinical Social Worker*

*To: Joseph Palumbo*
*From: Judi Tassel, MSW*
*Re: your request slip*
*Date: June 16, 2006*

*Dear Joseph:*

*I am writing you regarding your request for an appointment. Anyone in the SOTP is required to get permission from Peter, prior to meeting with me. It is important that the issues you would like to discuss with me are not issues that need to be addressed in your treatment group.*

*Please talk with him and have him call after you and he meet. Thank you.*

*Sincerely,*

Judi Tassel, MSW

*Judi Tassel, MSW*
*Clinical Social Worker*