# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I JOSEPH W SOREL am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,
Joseph W Sorel

JOSEPH W SOREL
Affiant's Name

P.O. BOX 8274
Address

CRANSTON RI 02920

Signed and sworn to before me this 3rd day of January

at Cranston, County of Providence

Notary Public

5/31/09
Commission Expires on