UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**DEFENDANTS' RESPONSE TO JOHN WILLIAM PELLAND OBJECTION TO MAGISTRATE JUDGE'S ORDER**

The undersigned first apologizes to this Honorable Court for its untimely response, as it was not obvious from Mr. Pelland's filing that he sought an appeal from the Magistrate Judge's Order.

Mr. Pelland sought to remove his name from the instant lawsuit, commenced by four (4) pro se inmates. Since Mr. Pelland is not among the four (4) inmates who are Plaintiffs in this lawsuit, the Magistrate Judge denied his Motion to remove his name from this lawsuit.

Since Mr. Pelland's name is not associated with this case, the State respectfully submits the Magistrate Judge's Order should be upheld.

Respectfully submitted,

DEFENDANTS,
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
______________________________

Michael W. Field, #5809
Special Assistant Attorney General
Richard B. Woolley, Bar #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov
rwoolley@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 10th day of January, 2007 to those indicated below:

Ernest Hazard
103948
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

John William Pelland
80270
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

Louis Viveiros
121195
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

Michael J. Wheelock, Sr
74124
Medium Security
P.O. Box 8273
Cranston, RI 02920

Kenneth Wilson
P.O. Box 8274
Cranston, RI 02920

/s/ Michael W. Field