**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Michael J. Wheelock St.,<br>Plaintiffs' et.al.<br><br>Vs<br><br>State of Rhode Island<br>Rhode Island Department<br>of Corrections, et.al. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA No 06-366S |

**MOTION FOR CERTIFICATION**
**OF LEGAL MAIL**

Now comes the Plaintiffs' et.al., pursuant to 28 §1361 and the Morris Rules and any and all other applicable Rules, Statues, and Authorities seeks an uninhibided clearly established right of access to the United States Postal Service.

Plaintiffs' et.al., request that and Legal Mail sent to Plaintiffs' et.al., in **CA No 06-366S** be sent by **Certified Mail** to ensure that Plaintiffs' et.al., receive all legal correspondance from the District Court.

Plaintiffs' et.al., have only received the following Documents from the District Court for the months of November and December 2006; Document #49 and Document #66.

However, the Defendants have seen fit to provide Plaintiffs' et.al., with a copy of Document #59, dated November 22,2006; attached to Defendants'/Appellees' Memorandum Of Law In Support Of Their Motion For Summary Disposition Pursuant To Local District Circuit Rule 27(c). Dated December 18,2006.

Plaintiffs' et.al., have yet to receive this Document #59 from the District Court. In no way can Plaintiffs' et.al., presently litagate under these conditions.

Plaintiffs' et.al., assert that the Defendants are using the United States Postal Service as their own private means of gaining an advantage over and hindering Plaintiffs' et.al..

Plaintiffs' et.al., pray that this Honorable Court grant this Motion For Certification Of Legal Mail.

Kenneth Wilson #110276
Plaintiffs' et.al.
P.O. Box 8274
Cranston, R.I. 02920

cc:U.S. District Court
For The District of Rhode Island
One Exchange Terrace
Providence, R.I. 02903

Attorney Generals Office
Special Assistant Attorney General
Michael W. Field #5809
150 South Main Street
Providence, R.I. 02903

file.

Certification [ 28 USCS § 1746 ]

I hereby certify that on the 9th day of January 2007. I sent a true copy of the within document by first-class mail postage pre-paid to: U.S. District Court For The District Of Rhode Island, One Exchange Terrace, Providence, R.I. 02903; and Special Assistant Attorney General, Michael W. Field, #5809, Attorney Generals Office, 150 South Main Street, Providence, R.I. 02903.

Kenneth Wilson

Kenneth Wilson #110276
Plaintiffs' et.al.
P.O. Box 8274
Cranston, R.I. 02920