# United States District Court

for the

DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR., PLAINTIFFS', et.al.

v.

STATE OF RHODE ISLAND, DEFENDANTS', et.al.

C.A. No. 06-366S

**PLAINTIFFS' MOTION IN RESPONSE TO DEFENDANTS' RESPONSE TO JOHN WILLIAM PELLAND OBJECTION TO MAGISTRATE JUDGE'S ORDER**

Now comes the plaintiffs', et.al., in the above captioned matter requesting this Honorable Court to get to the bottom of who is attempting to **SABOTAGE** this case. In support of the plaintiffs' allegation is:

1.) Plaintiff Pelland states he never appealed the order of the Magistrate Judge denying his motion to remove his name from the lawsuit as the defendants' have stated. To the contrary, plaintiff Pelland gives his appreciattion to the Court for not removing him. Because, his original action requesting to be removed was triggered by defendant Loss's deviant actions of taking advantage of the instability of his psychological well-being.

2.) Plaintiff Pelland wishes to remain part of the lawsuit which was signed and served upon the defendants' on September 12, 2006. See the signature of John Pelland # 80270 on the attached page 81 of 81 of that complaint. Also, See Supplemental Complaint docket entry (# 22) filed on the 15th of September, 2006.

I, John William Pelland hereby declare(or certify, verify, or state) under penalty and perjury and pursuant to 28 USCS § 1746 that the foregoing is true and correct.

Executed on January 11, 2007.

1-11-07

Plaintiffs' pray that this Honorable Court will get to the bottom of this matter.

Respectfully Submitted,

1-11-07

John William Pelland
80270
P.O. Box 8274
Cranston, R.I. 02920

Kenneth Wilson
110276
P.O. Box 8274
Cranston, R.I. 02920

CERTIFICATION

I hereby certify that on the 11th day of January 2007. I sent a true of the within document by first-class mail postage pre-paid to: Attorney Generals Office, Michael W. Field, 150 South Main Street, Providence, R.I. 02903.

**NOTE: I Plaintiff John William Pelland wish to be placed on the list to recieve <u>all</u> court documents and <u>all</u> filings by the Attorney Generals Office.**

2) Order defendants to credit plaintiff any and all good-time-credits lost as a result of defendants' actions.

3) Order defendants to credit plaintiff any and all industrial/meritorous-good-time-credits lost as a result of defendants' actions.

4) Order defendants to credit the plaintiff any and all lost wages as a result of defendants' actions.

5) Order defendants to compensate all plaintiffs any and all monies used in the pursuit of this cause.

6) Order all plaintiffs compesatory and monetary damages as the Court deems appropriate.

7) Order plaintiff compensatory and monetary damages for irreparable harm suffered as a result of defendants' actions toward plaintiff affecting his physical and mental health, well-being, safety, rehabilitation, father/child relations, and termination of parental rights, as the Court deems appropriate.

Respectfully Submitted,

Neal Rancourt #113007

Michael J. Wheelock Sr. #74124

Kenneth Wilson #110276

Alan Smith #111499

Luis Viveiros #121195

Normand Lalumiere #88291

Dana Waters #104645

John Pelland # 88270

Aaron Davis #118563

Ernest Hazard #103948

Anthony Perkins #64698