# United States District Court

for the

DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR.,
PLAINTIFFS', et.al.

v. C.A. No. 06-366S

STATE OF RHODE ISLAND,
DEFENDANTS', et.al.

## PLAINTIFFS' MOTION IN RESPONSE TO DEFENDANTS' RESPONSE TO JOHN WILLIAM PELLAND OBJECTION TO MAGISTRATE JUDGE'S ORDER

Now comes the plaintiffs', et.al., in the above captioned matter requesting this Honorable Court to get to the bottom of who is attempting to **SABOTAGE** this case. In support of the plaintiffs' allegation is:

1.) Plaintiff Pelland states he never appealed the order of the Magistrate Judge denying his motion to remove his name from the lawsuit as the defendants' have stated. To the contrary, plaintiff Pelland gives his appreciattion to the Court for not removing him. Because, his original action requesting to be removed was triggered by defendant Loss's deviant actions of taking advantage of the instability of his psychological well-being.

2.) Plaintiff Pelland wishes to remain part of the lawsuit which was signed and served upon the defendants' on September 12, 2006. See the signature of John Pelland #80270 on the attached page 81 of 81 of that complaint. Also, See Supplemental Complaint docket entry (#22) filed on the 15th of September, 2006.

I, John William Pelland hereby declare(or certify, verify, or state) under penalty and perjury and pursuant to 28 USCS § 1746 that the foregoing is true and correct.

Executed on January 11, 2007.

1-11-07

Plaintiffs' pray that this Honorable Court will get to the bottom of this matter.

Respectfully Submitted,

1-11-07

John William Pelland
80270
P.O. Box 8274
Cranston, R.I. 02920

Kenneth Wilson
110276
P.O. Box 8274
Cranston, R.I. 02920

CERTIFICATION

I hereby certify that on the 11th day of January 2007. I sent a true of the within document by first-class mail postage pre-paid to: Attorney Generals Office, Michael W. Field, 150 South Main Street, Providence, R.I. 02903.

NOTE: I Plaintiff John William Pelland wish to be placed on the list to recieve all court documents and all filings by the Attorney Generals Office.

2) Order defendants to credit plaintiff any and all good-time-credits lost as a result of defendants' actions.

3) Order defendants to credit plaintiff any and all industrial/meritorous-good-time-credits lost as a result of defendants' actions.

4) Order defendants to credit the plaintiff any and all lost wages as a result of defendants' actions.

5) Order defendants to compensate all plaintiffs any and all monies used in the pursuit of this cause.

6) Order all plaintiffs compesatory and monetary damages as the Court deems appropriate.

7) Order plaintiff compensatory and monetary damages for irreparable harm suffered as a result of defendants' actions toward plaintiff affecting his physical and mental health, well-being, safety, rehabilitation, father/child relations, and termination of parental rights, as the Court deems appropriate.

Respectfully Submitted,

Neal Rancourt #113007

Michael J. Wheelock Sr. #74124

Kenneth Wilson #110276

Alan Smith #111499

Luis Viveiros #121195

Normand Lafumiere #88291

Dana Waters #104645

John Pelland # 80270

Aaron Davis #118563

Ernest Hazard #103948

Anthony Perkins #64698

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK,SR.,ET.AL. :
Plaintiffs, :
:
V. : CA No. 06-366S
:
STATE OF RHODE ISLAND ET.AL. :
Defendants, :

Please make the following address changes to the Plaintiffs addresses.

Ernest Hazard
103948
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

Louis Viveiros
121195
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

Kenneth Wilson
110276
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, R.I.02920

John William Pelland
80270
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston,R.I. 02920

Michael Wheelock Sr.
74124
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

January 11, 2007

Kenneth Wilson #110276
Plaintiffs' et.al.
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

cc:file AG's Office

Kenneth Wilson
P.O. Box 8274
Cranston, R.I. 02920



UNITED STATES DISTRICT COURT
For The DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, R.I. 02903

"Privileged/Legal Mail"

January 11, 2007

---

Kenneth Wilson
P.O. Box 8274
Cranston, R.I. 02920



Attorney Generals Office
Special Assistant Attorney General
Michael W.Field #5809
150 South Main Street
Providence, R.I. 02903

"Privileged/Legal Mail"

January 11, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**DEFENDANTS' RESPONSE TO JOHN WILLIAM PELLAND OBJECTION TO MAGISTRATE JUDGE'S ORDER**

The undersigned first apologizes to this Honorable Court for its untimely response, as it was not obvious from Mr. Pelland's filing that he sought an appeal from the Magistrate Judge's Order.

Mr. Pelland sought to remove his name from the instant lawsuit, commenced by four (4) pro se inmates. Since Mr. Pelland is not among the four (4) inmates who are Plaintiffs in this lawsuit, the Magistrate Judge denied his Motion to remove his name from this lawsuit.

Since Mr. Pelland's name is not associated with this case, the State respectfully submits the Magistrate Judge's Order should be upheld.

Respectfully submitted,

DEFENDANTS,
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field

Michael W. Field, #5809
Special Assistant Attorney General
Richard B. Woolley, Bar #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov
rwoolley@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 10th day of January, 2007 to those indicated below:

Ernest Hazard
103948
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

Louis Viveiros
121195
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

Kenneth Wilson
P.O. Box 8274
Cranston, RI 02920

John William Pelland
80270
Adult Correctional Institution
Medium Security
PO Box 8200
Cranston, RI 02920

Michael J. Wheelock, Sr
74124
Medium Security
P.O. Box 8273
Cranston, RI 02920

/s/ Michael W. Field