# United States District Court

for the

DISTRICT OF RHODE ISLAND

Original

MICHAEL J. WHEELOCK SR.,
PLAINTIFFS, et.al.

v. C.A. No. 06-366S

STATE OF RHODE ISLAND,
DEFENDANTS, et.al.

**PLAINTIFFS' MOTION TO AMEND CAPTION**

Now comes the plaintiffs, et. al., pursuant to this motion to amend the caption to include all eleven plaintiffs, Michael J. Wheelock Sr.; Kenneth Wilson; Luis Viveiros; Ernest Hazard; Neal Rancourt; Alan Smith; Normand Lalumiere; Dana Waters; Aaron Davis; John Pelland; Anthony Perkins; who signed page 81of81 of the SUPPLEMENTAL COMPLAINT(docket entry [22]). Also are the affidavits of others similarly situated.

Plaintiffs' have requested clarification and proper caption status from the clerk of the court, Doreen Baldinelli, on December 11,2006, but have not recieved any response.

In support of this motion is the attached Cover Sheet and documents stated within, as well as proof of service.

Plaintiffs' respectfully request that this Honorable Court grant this motion to amend the caption.

Respectfully Submitted,

**PLAINTIFFS, et.al.**

Kenneth Wilson
#110276
P.O. Box 8274
Cranston, R.I. 02920

and

Aaron Davis
#118563
P.O. Box 8274
Cranston, R.I. 02920

**NOTE: ALL Plaintiffs within wish to be placed on the mailing list and receive all court documents and all filings by the Attorney Generals Office, etc.**

CERTIFICATION

I hereby certify that on the 18th day of January 2007. I sent a true copy of the within documents by first-class postage pre-paid mail to: Attorney Generals Office, Michael W. Field, 150 South Main Street, Providence, R.I. 02903.

Cover Sheet

( C.A. No. 06-366S )

1) Letter to Doreen Baldinelli, Clerk of the Court, requesting Clarification of Docket Entry #22 SUPPLEMENTAL COMPLAINT and full CAPTION status.

2) Docket Entry #22. ( 09/15/2006 )

3) Supplemental Complaint page 81 of 81.

4) Notorized affidavits of others similarly situated.

5) Letter from the Court of Appeals stating, ("the circuit clerk must docket the appeal under the title of the district court action...")

6) Proposed Captions.

NOTE: Plaintiffs request an up to date copy of the court docket.

Thank You

# United States District Court

for the

DISTRICT OF RHODE ISLAND

To: United States District Court
for the District of Rhode Island
Doreen Baldinelli, Clerk of the Court
One Exchange Terrace
Providence, RI. 02903

From: Plaintiffs, et. al., on behalf of
themselves and all others similarly situated
Michael J. Wheelock Sr.
Adult Correctional Institute
#74124
P.O. Box 8274
Cranston, RI. 02920

Date: December 11th ,2006

Re: Clarification of Docket Entry #22 SUPPLEMENTAL COMPLAINT and full CAPTION status (C.A. No. 06-366S)

Dear Ms. Baldinelli,

On September 15,2006 plaintiffs filed a supplemental complaint with the United States District Court for the District of Rhode Island. See docket entry #22. The supplemental complaint contained the signatures of numerous plaintiffs who were added to this action. See supplemental complaint page 81 of 81. Plaintiffs assumed the court adopted the supplemental complaint to include the additional plaintiffs because they complied with the rules pursuant to the Fed. R. Civ. P. RULE 15 (a),

> "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served."

During the plaintiffs appeal to the United States Court of Appeals for the First Circuit. Plaintiffs were issued another case number (06-2538) and the caption which contained only Michael J. Wheelock Sr.; Ernest Hazard; Kenneth Wilson; Luis Viveiros. Plaintiffs tried to amend the caption in the Court of Appeals but were denied pursuant to Fed. R. App. P. RULE 12 (a)("the circuit clerk

**must docket the appeal under the title of the district court action...").** See Plaintiffs'-Appellants' Motion to Amend Caption Denied.

The plaintiffs supplemental complaint, docket #22 states, **"Could not be scanned - exceeds system page capacity."** Page 81 of 81 of that supplemental complaint contains the signatures of eleven plaintiffs. All who should appear in the entitled caption of the action in the district court, but do not. Additionally, others similarly situated have filed notarized affidavits with the district court to be added to this action. See affidavits within.

Upon information and belief, plaintiffs suppose they all do not appear in the caption and were overlooked because the supplemental complaint (specifically page 81 of 81) was not scanned into the system.

Plaintiffs are requesting that you look into this matter and act accordingly. Plaintiffs have enclosed a proposed caption they hope to be adopted by the district court, etc.

Plaintiffs thank you ahead of time for any time and consideration in this matter and await your response.

Sincerely,

[signature] Sr.

cc: United States District Court
for the District of Rhode Island
Jacob Hagopian, Magistrate Judge
One Exchange Terrace
Providence, RI. 02903

United States District Court
for the District of Rhode Island
William E. Smith, District Judge
One Exchange Terrace
Providence, RI. 02903

United States Court of Appeals
Richard Cushing Donovan, Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2500
Boston, Massachusetts 02210

File

| | | |
|---|---|---|
| | | Dana Waters. Waters is not a party to this action. Signed by Magistrate Judge Jacob Hagopian on 8/31/06. (Mercurio, Alba-Sue) (Entered: 09/01/2006) |
| 09/01/2006 | 15 | CONSENTED TO ORDER re 11 Response to Motion, filed by State of Rhode Island Department of Corrections, 9 Order. Signed by Magistrate Judge Jacob Hagopian on 8/31/06. (Mercurio, Alba-Sue) (Entered: 09/01/2006) |
| 09/01/2006 | 16 | REPORT AND RECOMMENDATIONS recommending 7 MOTION to Certify Class filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard, Louis Viveiros be denied. Objections to R&R due by 9/18/2006. Signed by Magistrate Judge Jacob Hagopian on 8/31/06. (Mercurio, Alba-Sue) (Entered: 09/01/2006) |
| 09/12/2006 | 17 | ORDER re 4 MOTION for Leave to Proceed in forma pauperis filed by Kenneth Wilson,, 5 MOTION for Leave to Proceed in forma pauperis filed by Ernest Hazard,, 3 MOTION for Leave to Proceed in forma pauperis filed by Louis Viveiros,, 2 MOTION for Leave to Proceed in forma pauperis filed by Michael J. Wheelock, Sr. Each plaintiff shall submit within twenty days of the date of this order a certified copy of his prison trust account statement. So Ordered by Magistrate Judge Jacob Hagopian on 9/11/06. (Mercurio, Alba-Sue) (Entered: 09/12/2006) |
| 09/15/2006 | 18 | MOTION for Reconsideration re 16 REPORT AND RECOMMENDATIONS re 7 MOTION to Certify Class filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard,, Louis Viveiros, by Michael J. Wheelock, Sr, Kenneth Wilson, Louis Viveiros. Responses due by 10/2/2006 (Baldinelli, Doreen) (Entered: 09/15/2006) |
| 09/15/2006 | 19 | MOTION for an Extension of Time until a ruling on the Petition for a Writ of Mandamus, and Motion for Reconsideration to object to the courts R&R denying Plaintiff's Motion for Certification as a Class. by Michael J. Wheelock, Sr, Ernest Hazard, Kenneth Wilson, Louis Viveiros. Responses due by 10/2/2006 (Baldinelli, Doreen) (Entered: 09/15/2006) |
| 09/15/2006 | 20 | MOTION to Appoint Counsel by Michael J. Wheelock, Sr, Kenneth Wilson, Louis Viveiros. Responses due by 10/2/2006 (Baldinelli, Doreen) (Entered: 09/15/2006) |
| 09/15/2006 | 21 | MOTION for Writ of Mandamus/Contempt of Court Attachments not scanned due to privacy act. by Michael J. Wheelock, Sr, Ernest Hazard, Kenneth Wilson, Louis Viveiros. (Baldinelli, Doreen) (Entered: 09/15/2006) |
| 09/15/2006 | 22 | SUPPLEMENTAL COMPLAINT against State of Rhode Island Department of Corrections, Carcieri, Ashbel T. Wall, Robert M. McCutcheon, RIDOC(Parole Board), Lisa Holley, RIDOC(Sex Offender Treatment Program), Peter Loss, Kirk Kaszyk, William Begones, Joseph F. Jankowski, Richard Meunier, Walter Duffy, Lawrence Ceresi, Samuel Davies, Maurice Chamberlain, Carolyn Ramano, RIDOC(Classification Board), Robert Flynn , filed by Michael J. Wheelock, Sr, Ernest Hazard, |

| | | |
|---|---|---|
| | | Kenneth Wilson, Louis Viveiros.(Baldinelli, Doreen) Modified on 9/20/2006 (Baldinelli, Doreen). Could not be scanned - exceeds system page capacity. (Entered: 09/15/2006) |
| 09/20/2006 | | Motion Forwarded to Chambers 18 MOTION for Reconsideration re 16 REPORT AND RECOMMENDATIONS re 7 MOTION to Certify Class filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard,, Louis Viveiros,, 19 MOTION for Extension of Time for an Extension of Time until a ruling on the Petition for a Writ of Mandamus, and Motion for Reconsideration to object to the courts R&R denying Plaintiff's Motion for Certification as a Class., 21 MOTION for Writ of Mandamus, 16 REPORT AND RECOMMENDATIONS re 7 MOTION to Certify Class filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard,, Louis Viveiros, FORWARDED to Chambers of Judge Smith. (Mercurio, Alba-Sue) (Entered: 09/20/2006) |
| 09/20/2006 | | 20 MOTION to Appoint Counsel REFERRED to MJ Hagopian. (Mercurio, Alba-Sue) (Entered: 09/20/2006) |
| 09/21/2006 | 23 | ORDER denying 18 Motion for Reconsideration re 16 REPORT AND RECOMMENDATIONS re 7 MOTION to Certify Class filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard,, Louis Viveiros, . So Ordered by Judge William E Smith on 9/20/06. (Mercurio, Alba-Sue) (Entered: 09/21/2006) |
| 09/21/2006 | 24 | ORDER granting 19 Motion for Extension of Time to respond to 18 MOTION for Reconsideration re 16 REPORT AND RECOMMENDATIONS re 7 MOTION to Certify Class filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard,, Louis Viveiros, . Plaintiffs may have 20 additional days to file objection to Report and Recommendation. So Ordered by Judge William E Smith on 9/20/06. (Mercurio, Alba-Sue) (Entered: 09/21/2006) |
| 09/21/2006 | | Reset Deadlines as to 16 REPORT AND RECOMMENDATIONS re 7 MOTION to Certify Class filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard,, Louis Viveiros,. Objections to R&R due by 10/11/2006 (Mercurio, Alba-Sue) (Entered: 09/21/2006) |
| 09/21/2006 | | 21 MOTION for Writ of Mandamus REFERRED to MJ Hagopian. (Mercurio, Alba-Sue) (Entered: 09/21/2006) |
| 09/21/2006 | 25 | MOTION for Temporary Restraining Order by Michael J. Wheelock, Sr. (Attachments: # 1 Temporary Restraining Order# 2 Good Faith Request) (Baldinelli, Doreen) (Entered: 09/25/2006) |
| 09/26/2006 | | ***Motions terminated: 6 MOTION for Temporary Restraining Order filed by Kenneth Wilson,, Michael J. Wheelock, Sr., Ernest Hazard,, Louis Viveiros. See Order granting Motion, document #15. (Mercurio, Alba-Sue) (Entered: 09/26/2006) |
| 09/26/2006 | 26 | MEMORANDUM AND ORDER denying 20 Motion to Appoint Counsel . So Ordered by Magistrate Judge Jacob Hagopian on 9/25/06. (Mercurio, Alba-Sue) (Entered: 09/27/2006) |

2) Order defendants to credit plaintiff any and all good-time-credits lost as a result of defendants' actions.

3) Order defendants to credit plaintiff any and all industrial/meritorous-good-time-credits lost as a result of defendants' actions.

4) Order defendants to credit the plaintiff any and all lost wages as a result of defendants' actions.

5) Order defendants to compensate all plaintiffs any and all monies used in the pursuit of this cause.

6) Order all plaintiffs compesatory and monetary damages as the Court deems appropriate.

7) Order plaintiff compensatory and monetary damages for irreparable harm suffered as a result of defendants' actions toward plaintiff affecting his physical and mental health, well-being, safety, rehabilitation, father/child relations, and termination of parental rights, as the Court deems appropriate.

Respectfully Submitted,

Neal Rancourt #113007

Michael J. Wheelock Sr. #74124

Kenneth Wilson #110276

Alan Smith #111499

Luis Viveiros #121195

Normand Lalumiere #88291

Dana Waters #104645

John Pelland # 80270

Aaron Davis #118563

Ernest Hazard #103948

Anthony Perkins #64698

# United States Court of Appeals
## For the First Circuit

No. 06-2538

MICHAEL J. WHEELOCK, SR.; ERNEST HAZARD; KENNETH E. WILSON; LOUIS VIVEIROS

Plaintiffs - Appellants

v.

STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS; DONALD L. CARCIERI; ASHBEL T. WALL, II; ROBERT M. MCCUTCHEON; STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS, Parole Board; LISA HOLLEY; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Sex Offender Treatment Program; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH F. JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Classification Board; ROBERT FLYNN

Defendants - Appellees

**ORDER OF COURT**

Entered: December 6, 2006
Pursuant to 1st Cir. R. 27.0(d)

Plaintiffs-Appellants' motion to amend caption is denied. See Fed. R. App. P. 12(a) ("the circuit clerk must docket the appeal under the title of the district court action...").

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER

By: ____________________
Appeals Attorney

# United States District Court
of the
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL J. WHEELOCK SR.; ERNEST HAZARD; KENNETH WILSON; LUIS VIVEIROS; NEAL RANCOURT; ALAN SMITH; NORMAND LALUMIERE; AARON DAVIS; ANTHONY PERKINS; DANA WATERS; JOHN PELLAND; on behalf of themselves and all others similarily situated PLAINTIFFS,et.al. | |
| v. | C.A. No. 06-366S |
| STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS; DONALD L. CARCIERI; ASHBEL T. WALL,II; ROBERT M. MCCUTCHEON; STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS, Parole Board; LISA HOLLEY; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Sex Offender Treatment Program; PETER LOST; KIRK KASZYK; WILLIAM BEGONES; JOSEPH F. JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; IRVING CHAMBERLAIN; CAROLYN RAMANO; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Classification Board; ROBERT FLYNN DEFENDANTS,et.al. | |

# United States Court of Appeals
## For the First Circuit

No. 06-2538

MICHAEL J. WHEELOCK SR.; ERNEST HAZARD; KENNETH WILSON; LUIS VIVEIROS; NEAL RANCOURT; ALAN SMITH; NORMAND LALUMIERE; AARON DAVIS; ANTHONY PERKINS; DANA WATERS; JOHN PELLAND; on behalf of themselves and all others similarly situated

Plaintiffs - Appellants

v.

STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS; DONALD L. CARCIERI; ASHBEL T. WALL,II; ROBERT M. MCCUTCHEON; STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS, Parole Board; LISA HOLLEY; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Sex Offender Treatment Program; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH F. JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; IRVING CHAMBERLAIN; CAROLYN RAMANO; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Classification Board; ROBERT FLYNN

Defendants - Appellees

Michael J. Wheelock Sr.
P.O. Box 8274
Cranston, R.I. 02920




United States District Court
for the District of Rhode Island
William E. Smith, District Judge
One Exchange Terrace
Providence, R.I. 02903

"Privileged/Legal Mail"

December 11th, 2006

Michael J. Wheelock Sr.
P.O. Box 8274
Cranston, R.I. 02920




United Stated District Court
for the District of Rhode Island
Jacob Hagopian, Magistrate Judge
One Exchange Terrace
Providence, R.I. 02903

"Privileged/Legal Mail"

December 11th, 2006

[ 28 USCA § 1746 ]

# Adult Correctional Institutions
# Inmate Account Transfer

ID # 74124 DATE Dec.11,2006

NAME Wheelock, Michael J.
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT

1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______

TOTAL $ 48

IV [ ] WORK RELEASE

RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ______
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ______
TOTAL $ ______

II. [ ] DRAW CHECK / CASH FOR $ ______

United States District Court
NAME
One Exchange Terrace
ADDRESS
Providence, R.I. 02903
CITY OR TOWN
Jacob Hagopian, Magistrate Judge
RELATIONSHIP

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST [ ] YES [X] NO VERIFIED [signature]
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal/Postage

[X] APPROVED [ ] DENIED [signature] 12-12-06
ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT ______

$ ______ FROM THE ADULT COR- ______

RECTIONAL INSTITUTIONS BUSINESS OFFICE. ______

[signature] ______
INMATES SIGNATURE RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

[ 28 USCA § 1746 ]

# Adult Correctional Institutions
# Inmate Account Transfer

ID # 74124 DATE Dec.11,2006

NAME Wheelock, Michael J.
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT

1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______

TOTAL $ .24

IV [ ] WORK RELEASE

RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ______
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ______
TOTAL $ ______

II. [ ] DRAW CHECK / CASH FOR $ ______

United States District Court
NAME
One Exchange Terrace
ADDRESS
Providence, R.I. 02903
CITY OR TOWN
William E. Smith, District Judge
RELATIONSHIP

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST [ ] YES [X] NO VERIFIED [signature]
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal/Postage

[X] APPROVED [ ] DENIED [signature] 12-12-06
ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT ______

$ ______ FROM THE ADULT COR- ______

RECTIONAL INSTITUTIONS BUSINESS OFFICE. ______

[signature] ______
INMATES SIGNATURE RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

AFFIDAVIT

I Fred Erdman am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

[signature]

Fred Erdman
Affiant's Name

PO Box 8274
Address

Cranston, R.I. 02920

Signed and sworn to before me this 8th day of November 2006

at CRANSTON, County of PROVIDENCE

[signature]
Notary Public

6/23/09
Commission Expires on

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

AFFIDAVIT

I Ronn Berriochon am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

[signature]

Ronn Berriochon
Affiant's Name

PO Box 9274
Address

Cranston RI. 02920

Signed and sworn to before me this 10th day of November 2006

at Cranston, County of Providence

[signature]
Notary Public

6/23/09
Commission Expires on

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I James G Diel Sr am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

James G Diel Sr.

James G Diel Sr
Affiant's Name

P.O. Box 8274
Address

Cranston, R.I 02920

Signed and sworn to before me this 11th day of December 2006

at Cranston, County of Providence

[signature]
Notary Public

6/23/09
Commission Expires on

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I Jose M. Rivera am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

Jose M. Rivera

Affiant's Name

Apartado 1050

Address

Cidra P.R. 00739

Signed and sworn to before me this 18 day of December

at Cranston, County of Providence

Notary Public

Exp: 5/31/09

Commission Expires on

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

AFFIDAVIT

I JOSEPH W SOREL am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

Joseph W Sorel

JOSEPH W SOREL
Affiant's Name

P.O. BOX 8274
Address

CRANSTON RI 02920

Signed and sworn to before me this 3rd day of January at Cranston, County of Providence

[signature]
Notary Public

5/31/09
Commission Expires on

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

AFFIDAVIT

I Joseph Palumbo am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

Joseph Palumbo

Joseph Palumbo
Affiant's Name

Po Box 8274
Address

Cranst RI 02920

Signed and sworn to before me this 12th day of December 2006

at Cranston, County of Providence

[signature]
Notary Public

6/23/09
Commission Expires on