UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**DEFENDANTS' OBJECTION TO MOTION FOR CERTIFICATION OF LEGAL MAIL**

Now come the Defendants and object to Plaintiff's Motion requiring Certification of Legal Mail as without legal authority. Moreover, Plaintiff's Memoranda cites only to one supposed instance where mail from the District Court, and not the Defendants, did not reach its intended destination. As such, requiring Defendants to certify its legal mail would be unnecessary.

Parenthically, Defendants note that the document Plaintiff references in his memorandum as not being received (Document 59) is this Honorable Court's Order granting the Defendants' Motion for a More Definite Statement. By the Plaintiff's admission, the Plaintiffs had actual knowledge of this Court's Order on December 18, 2006. As of this filing, Plaintiffs have not responded to this Court's Order.

Wherefore, for the reasons discussed, the Defendants pray that this Motion be Denied.

Respectfully submitted,
DEFENDANTS

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
______________________________
Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 26 day of January, 2007 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

/s/ Michael W. Field