UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR., ET AL :
Plaintiffs, :
:
V. : C.A. No. 06-366S
:
STATE OF RHODE ISLAND ET AL. :
:
Defendants, :

**DEFENDANTS OBJECTION TO MOTION TO AMEND CAPTION**

Now come the Defendants and object to Plaintiff's Motion to Amend the Caption to add the names of additional would-be Plaintiffs. This Honorable Court has already, on numerous occasions, determined that the instant matter pertains to four (4) Plaintiffs and this Honorable Court has already, on numerous occasions, declined Plaintiff's attempts to add additional Plaintiffs. The instant Motion is yet another attempt to accomplish what this Court and the First Circuit have already declined to do. For this reason, Defendants pray the Motion be denied.

Respectfully submitted,
DEFENDANTS

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
__________________________________

Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 29th day of January, 2007 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

/s/ Michael W. Field