**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL WHEELOCK,**
**et al.**

**v.** **C.A. No. 06- 366 S**

**STATE OF RHODE ISLAND,**
**et al.**

**ORDER TO SHOW CAUSE**

On November 21, 2006, I issued a Memorandum and Order, granting the defendants' motion for a More Definite Statement pursuant to Fed. R. Civ. P. 12(e) and requiring the *pro se* plaintiffs to file a pleading which stated in concise terms (1) the factual basis of each of the plaintiff's claim, (2) the legal claims asserted, and (3) which claims were lodged against which defendants. To the date of this writing, plaintiffs have not complied with my Order.

Accordingly, the PLAINTIFFS are hereby **ORDERED TO SHOW CAUSE,** in writing, why this Civil Action should not be dismissed due to their noncompliance with the Court's Order. Plaintiffs shall provide a response to the Order, if any, within ten (10) days.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 30, 2007