**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL WHEELOCK,**
**et al.**

**v.** **C.A. No. 06- 366 S**

**STATE OF RHODE ISLAND,**
**et al.**

**MEMORANDUM AND ORDER**

Plaintiffs Michael J. Wheelock, Ernest Hazard, Kenneth Wilson, and Louis Viveiros, *pro se* inmates confined at the Rhode Island Department of Corrections, filed a Complaint together with requests to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiffs did not, however, timely file certified copies of their prison trust account statements for the six month period immediately preceding the filing of their Complaint on August 11, 2006, despite being provided an opportunity to do so. See 28 U.S.C. § 1915(a)(2); see also Dckt # 17. Accordingly, plaintiffs' motions to proceed *in forma pauperis (IFP )* were denied. Plaintiffs were Ordered to pay the initial filing fee.

Thereafter, plaintiffs paid the $350.00 filing fee, re-filed their motions to proceed IFP, along with the appropriate documentation, and filed an Objection to the Memorandum and Order which denied their motions to proceed IFP. The Court considered the plaintiff's Objection as a Motion for Reconsideration (Dckt # 40) and said Motion to reconsider was granted.

The Court thereafter reviewed all of the motions to proceed IFP, the supporting affidavits, and prison trust account statements filed by each of the plaintiffs. Upon consideration of the motions, of the affidavits, and of the trust account statements, plaintiffs' motions to proceed IFP (Dckt # 35, 36, 37, & 38) were denied since plaintiffs' prison trust account statements demonstrated sufficient funds to pay the initial filing fee of $350.00. Indeed, plaintiffs' had already paid the fee.

Now, before the Court are plaintiffs' Motion to Resubmit an Application to Proceed IFP(Dckt # 64), plaintiffs' Motion to Access an Encumbered Inmate Account (Dckt # 65), and each plaintiff's Motion to Proceed IFP (Dckt # 60, 61, 62, & 63). Plaintiffs' motions are **DENIED**. No further fees are required to continue prosecuting this case in the District Court.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 30, 2007