# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I Cory Pero am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,
[signature]

Cory Pero
Affiant's Name

P.O. Box 8274
Address

Cranston, RI 02920

Signed and sworn to before me this 23 day of January

at Cranston, County of Providence

[signature]
Notary Public

5/31/09
Commission Expires on