# United States District Court

for the

DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR.
PLAINTIFFS, et.al.

v. C.A. No. 06-366S

STATE OF RHODE ISLAND
DEFENDANTS, et.al.

## PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW GOOD CAUSE WHY THEY HAVE NOT PROVIDED DEFENDANTS' WITH A MORE DEFINITE STATEMENT

Now comes the plaintiffs in the above entitled cause **pro-se** and with very limited knowledge of the law. Who will try their best to explain why they have not provided a More Definite Statement in accordance with Senior United States Magistrate Judge, Jacob Hagopian's Memorandum and Order dated November 21,2006:

1) Plaintiffs' sought to be certified as a class, but, were denied based on an erroneous assumption made by the court (Plaintiffs' apparently seek to represent the class **pro-se**).

Plaintiffs' filed to appeal that assumption with the United States Court of Appeals for the First Circuit, but, first filed a motion for the Appointment of Interim Counsel to present the appeal.

Plaintiffs' were denied the ability to appeal and their motion was denied, as well, on December 26,2006, before the reason behind the appeal was presented.

Plaintiffs, filed a Petition For Panel Hearing/Rehearing En Banc, on January 4,2007, and are presently waiting a decision.[1]

2) Plaintiffs, did not receive the District Court's Memorandum and Order to provide the Defendants' with a More Definite Statement, dated November 21,2006.[2] Plaintiffs' only became aware of such an Order when Defendants' attached it to their Memorandum of Law in Support of their Motion for Summary Disposition Pursuant to Local First Circuit Rule 27(C), on December 18,2006, while opposing plaintiffs' appeal before the Court of Appeals.

Plaintiffs' were therefore denied the right to file a timely appeal to that Order within the District Court.

Plaintiffs' **pro-se** believed that their request to appeal stayed proceedings within the District Court.

3) Plaintiffs' are <u>not</u> attorneys. Any litigation done by the plaintiffs' **pro-se** will ultimately affect the LIBERTY of all other sex offenders similarly situated. Plaintiffs' cannot protect the interests of others **pro-se**.[3]

4) Plaintiffs' have been corresponding with the ACLU for quite awhile pertaining to issues involving the Sex Offender Treatment Program. Executive Director of the ACLU, Steve Brown,

---

1. See Plaintiffs' Petitions for Panel Hearing/Rehearing En Banc.
2. See Plaintiffs' Affidavits.
3. See Senior United States Magistrate Judge, Jacob Hagopian's, R&R dated August 31,2006.

wrote us on January 23,2007, concerning the possibility of them formally intervening in litigation and once they have a better idea of what they are in a position to do, they will be back in touch with us.[4]

For the foregoing reasons, supporting documentation, and attached statement of facts, plaintiffs' pray that this Honorable Court will find sufficient good cause and truly understand the plaintiffs' litigating hardships pro-se and grant the attached Motion for Stay/Injunction.

Respectfully Submitted,

Michael J. Wheelock Sr.

Kenneth Wilson

Luis Viveiros

Ernest Hazard

4. See several of the many letters from the ACLU to inmates(sex offenders) at the ACI.

CERTIFICATION
[ 28 USCS § 1746 ]

I hereby certify that on the 8th day of Febuary 2007. I sent a true copy of the within document by first-class postage pre-paid to:

United States Court of Appeals
for the First Circuit
Office of the Clerk,
Richard Cushing Donovan
John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

United States District Court
for the District of Rhode Island
Senior United States Magistrate
Judge, Jacob Hagopian
One Exchange Terrace
Providence, R.I. 02903

Attorney Generals Office
Michael W. Field, #5809
150 South Main Street
Providence, R.I. 02903