# United States District Court

for the

DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR.
PLAINTIFFS, et.al.

v.

C.A. No. 06-366S

STATE OF RHODE ISLAND
DEFENDANTS, et.al.

## MOTION FOR STAY/INJUNCTION

Now comes the Plaintiffs **pro-se** et. al. on behalf of themselves and all others similarly situated to motion this Honorable court to stay/injunction these proceedings until plaintiffs have an opportunity to:

1) exhaust their Petitions filed within the Court of Appeals for a Panel Hearing/Rehearing En Banc, and if needed a writ of certiorari in the United States Supreme Court. Pursuant to Federal Rules Of Appellate Procedure and First Circuit Local Rules, RULE 8(a).

2) hear back from Executive Director of the ACLU, Steve Brown, about them formally intervening in litigation.

Plaintiffs' have provided supporting documentation that on January 4,2007, Petitions for Panel Hearing/Rehearing En Banc were filed with the Court of Appeals.

Plaintiffs' have provided supporting documentation that on January 23,2007, Executive Director of the ACLU, Steve Brown, wrote

us concerning the possibility of them formally intervening in litigation, and once they have a better idea of what they are in a position to do, they will be back in touch with us.

Wherefore, the plaintiffs' pray that this Honorable Court grant relief sought and stay/injunction these proceedings until they have exhausted appeals within the higher courts and/or the ACLU formally intervenes in litigation.

Respectfully Submitted,

Michael J. Wheelock Sr.

Kenneth Wilson

Luis Viveiros

Ernest Hazard

CERTIFICATION
[ 28 USCS § 1746 ]

I hereby certify that on the 8th day of Febuary 2007. I sent a true copy of the within document by first-class postage pre-paid to:

United States Court of Appeals
for the First Circuit
Office of the Clerk,
Richard Cushing Donovan
John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

United States District Court
for the District of Rhode Island
Senior United States Magistrate
Judge, Jacob Hagopian
One Exchange Terrace
Providence, R.I. 02903

Attorney Generals Office
Michael W. Field, #5809
150 South Main Street
Providence, R.I. 02903