UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**DEFENDANTS' RESPONSE TO COURT'S ORDER FOR PLAINTIFFS' TO SHOW CAUSE**

Defendants respond that the Plaintiffs have not shown cause as to why they have failed to comply with this Court's November 21, 2006 Order that each of the four (4) Plaintiffs provide a more definite statement. Plaintiffs only purported cause for not responding to this Court's November 21, 2006 Order is that having had their interlocutory appeal denied by the First Circuit Court of Appeals relative to the denial of class certification, the Plaintiffs assert they are awaiting to hear from the Court of Appeals concerning their En Banc Petition. It is well settled, however, that an interlocutory appeal does not stay the District Court's proceedings.

Accordingly, for the reasons discussed above, Defendants assert that cause has not been shown and this Honorable Court should enter an order dismissing Plaintiffs' lawsuit for failure to comply with this Court's November 21, 2006 Order.

Respectfully submitted,
DEFENDANTS

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field

Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Response was mailed, postage prepaid, on this 16th day of January, 2007 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

/s/ Michael W. Field