UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**DEFENDANTS' OBJECTION TO MOTION FOR STAY OR INJUNCTION**

Now come the Defendants and object to Plaintiffs' Motion to Stay or to Enjoin the Proceedings in the District Court pending the First Circuit Court of Appeal's decision for rehearing/hearing En Banc relative to Plaintiffs' interlocutory appeal. Plaintiffs cite no authority for the instant Motion, and in fact, the First Circuit has already denied their interlocutory appeal.

Plaintiffs have chosen to initiate this lawsuit and in doing so have implicitly recognized that they were prepared to proceed in the District Court. Accordingly, Defendants pray this Motion is Denied.

Respectfully submitted,
DEFENDANTS

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field

Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 16th day of January, 2007 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

/s/ Michael W. Field