MANDATE

# United States Court of Appeals
## For the First Circuit

06-00366
Rhode Island
W. Smith

---

No. 06-2538

MICHAEL J. WHEELOCK, SR., ET AL.,

Plaintiffs, Appellants,

v.

STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants, Appellees.

---

Before

Lipez, Circuit Judge,
Campbell, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: December 26, 2006

Pro se plaintiffs in this case challenging their conditions of confinement in Rhode Island corrections facilities have filed a notice of appeal from the district court's denial of their motion for class certification. "A court of appeals may in its discretion permit an appeal from an order of a district court granting or denying class action certification," Fed. R. Civ. P. 23(f), but only "if application is made to it within ten days after entry of the order," id. No such application was made here. Nevertheless, treating plaintiffs' notice of appeal, which was filed within ten days of the order denying class certification, as a petition for leave to appeal from that denial, we deny it under the standards articulated in Waste Mgmt. Holdings, Inc. v. Mowbray, 208 F.3d 288, 293-94 (1st Cir. 2000). Specifically, denial of class certification will not effectively end the case, id. at 293, which is proceeding in the district court; and the appeal does not present any unsettled and important legal issue, id. at 294.

Accordingly, leave to appeal under Fed. R. Civ. P. 23(f) is

denied, and the appeal is terminated. Appellants' motion for appointment of interim counsel to represent them in this appeal is denied as moot.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER

Chief Deputy Clerk.

[cc: Michael J. Wheelock, Sr., Ernest Hazard, Kenneth E. Wilson, Louis Viveiros, Michael W. Field, AAG.]

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Calardo

**Deputy Clerk**

**Date:** 2.16.07