# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I Neal Rancourt am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

Neal Rancourt

Neal Rancourt #ID 113007
Affiant's Name

Med-1 RI Department of Corrections
Craston, RI 02920
P.O Box 8274
Address

Signed and sworn to before me this 9th day of February

at Cranston, County of Providence

Lisa M. Shel
Notary Public

6/23/09
Commission Expires on

cc:Rhode Island Affiliate
American Civil Liberties Union
128 Dorrance Street, Suite 220
Providence, R.I. 02903

file