CA 06-366S

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

---

No. 06-2538

MICHAEL J. WHEELOCK SR.; ERNEST HAZARD; KENNETH E. WILSON; LOUIS VIVEIROS

Plaintiffs - Appellants

v.

STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS; DONALD L. CARCIERI; ASHBEL T. WALL, II; ROBERT M. MCCUTCHEON; STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS, Parole Board; LISA HOLLEY; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Sex Offender Treatment Program; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH F. JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RHODE ISLAND DEPARTMENT OF CORRECTIONS, Classification Board; ROBERT FLYNN

Defendants - Appellees

---

Plaintiffs' - Appelants' Motion For Extension Of Time

To Object To Defendants' - Appellees Motion For Summary Disposition To Local First Circuit Rule 27(c)

---

Now comes the plaintiffs' in the above entitled matter requesting a sixty (60) day extension of time in order to object to the above and titled matter.

In support of this motion; the plaintiffs' are unable to respond accordingly due to;

**ORDER.**
**DENIED. Any extension of time sought in the Court of Appeals should be filed in the Court of Appeals.**

[signature]

**Jacob Hagopian, Sr. U.S.M.J.**

Feb 20-07