# United States District Court

for the

DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK SR.,
PLAINTIFFS', et.al.

v. C.A. No. 06-366S

STATE OF RHODE ISLAND,
DEFENDANTS', et.al.

Mtn to Remain Part of the Lawsuit.

**PLAINTIFFS' MOTION IN RESPONSE TO DEFENDANTS' RESPONSE TO JOHN WILLIAM PELLAND OBJECTION TO MAGISTRATE JUDGE'S ORDER**

Now comes the plaintiffs', et.al., in the above captioned matter requesting this Honorable Court to get to the bottom of who is attempting to **SABOTAGE** this case. In support of the plaintiffs' allegation is:

1.) Plaintiff Pelland states he never appealed the order of the Magistrate Judge denying his motion to remove his name from the lawsuit as the defendants' have stated. To the contrary, plaintiff Pelland gives his appreciattion to the Court for not removing him. Because, his original action requesting to be removed was triggered by defendant Loss's deviant actions of taking advantage of the instability of his psychological well-being.

2.) Plaintiff Pelland wishes to remain part of the lawsuit which was signed and served upon the defendants' on September 12, 2006. See the signature of John Pelland #80270 on the attached page 81 of 81 of that complaint. Also, See Supplemental Complaint docket entry (#22) filed on the 15th of September, 2006.

**ORDER.**
**DENIED. Mr. Pelland withdrew this instant motion in a letter dated February 2, 2007.**

[signature]

**Jacob Hagopian, Sr. U.S.M.J.**

20 Feb 07