**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Michael J. Wheelock St.,<br>Plaintiffs' et.al.<br><br>Vs<br><br>State of Rhode Island<br>Rhode Island Department<br>of Corrections, et.al. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA No 06-366S |

**MOTION FOR CERTIFICATION**
**OF LEGAL MAIL**

Now comes the Plaintiffs' et.al., pursuant to 28 §1361 and the Morris Rules and any and all other applicable Rules, Statues, and Authorities seeks an uninhibided clearly established right of access to the United States Postal Service.

Plaintiffs' et.al., request that and Legal Mail sent to Plaintiffs' et.al., in **CA No 06-366S** be sent by **Certified Mail** to ensure that Plaintiffs' et.al., receive all legal correspondance from the District Court.

Plaintiffs' et.al., have only received the following Documents from the District Court for the months of November and December 2006; Document #49 and Document #66.

However, the Defendants have seen fit to provide Plaintiffs' et.al., with a copy of Document #59, dated November 22,2006; attached to Defendants'/Appellees' Memorandum Of Law In Support Of Their Motion For Summary Disposition Pursuant To Local District Circuit Rule 27(c). Dated December 18,2006.

Plaintiffs' et.al., have yet to receive this Document #59 from the District Court. In no way can Plaintiffs' et.al., presently litagate under these conditions.

**ORDER.**
**DENIED. Defendants shall serve their papers on the plaintiffs via the U.S. Mail, first class.**

[signature]

**Jacob Hagopian, Sr. U.S.M.J.**
Feb 20-07