**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, SR.

V. C.A. No. 06 - 366 S

STATE OF RHODE ISLAND, et al.

**ORDER**

On November 21, 2006, I issued a Memorandum and Order, granting the defendants' motion for a More Definite Statement and requiring the *pro se* plaintiffs to file a pleading which stated in concise terms (1)the factual basis of each of the plaintiff's claim, (2) the legal claims asserted, and (3) which claims were lodged against which defendants. Plaintiffs did not timely comply. On January 30, 2007, I issued to the plaintiffs an Order to Show Cause, in writing, why this instant action should not be dismissed due to the plaintiffs' noncompliance.

On February 15, 2007, plaintiffs provided a Response to the Show Cause Order. In the Response, plaintiffs indicate that they did not receive a copy of the Memorandum and Order, granting the defendants' motion for a More Definite Statement issued on November 21, 2006.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Show Cause Order is discharged;

2. The Clerk of Court shall forward to each named plaintiff a copy of the Memorandum and Order issued on November 21, 2006, which granted the defendants' Motion for a More Definite Statement; and

3. Plaintiff shall have ten days from the date of this Order to file a More Definite Statement pursuant to the November 21, 2006 Memorandum and Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 20 , 2007