# AFFIDAVIT

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

RECEIVED
2007
Probate U.S. District Court
District of Rhode Island

EXECUTED ON: 1/24/07
(DATE)

Neal Rancourt
(SIGNATURE)

PRINT NAME: Neal Rancourt

ADDRESS: Adult Correctional Facility
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

Subscribed and sworn to before me in the County of Providence. In the State of Rhode Island and Providence Plantations. This 26th day of January A.D. 2007.

[signature]
Clerk/Notary Public

Date 1/26/07

Commission Expires: 5/31/09.