**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL WHEELOCK,**
**et al.**

**v.** **C.A. No. 06- 366 S**

**STATE OF RHODE ISLAND,**
**et al.**

**ORDER**

Neal Rancourt's motion to proceed in forma paupers pusuant to 28 U.S.C. § 1915 is denied. Mr. Rancourt is not a named plaintiff in this civil action. Additionally, no further fees are required.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 20 , 2007