**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL J. WHEELOCK, SR., et al.**

**v.** **C.A. No. 06 - 366 S**

**STATE OF RHODE ISLAND**, et al.

# ORDER

This matter is before the Court on the application of the *pro se* plaintiff Kenneth Wilson and a non-party Aaron Davis to Amend the caption of this case to include additional plaintiffs. Said motion is **DENIED**, without prejudice. Plaintiffs have not complied with L.R. Cv. 15 (plaintiffs must supply the court with the proposed amended pleading).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 27, 2007