# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

Attention: Office of the Clerk
One Exchange Terrace
Providence, R.I. 02903

## AFFIDAVIT

I Michael Hawkins Sr. am similarly situated to the plaintiffs in Case #06-366S. I wish to be added collectively as a plaintiff in this Civil Action Complaint.

Thank you for your time and cooperation

Respectfully yours,

Michael Hawkins Sr

Michael Hawkins Sr., # 63779
Affiant's Name

Maximum Security, PO. Box 8273
Address

Cranston, RI. 02920

Signed and sworn to before me this 24th day of April 2007

at Cranston, County of Providence

Notary Public

COMMISSION EXPIRES 9-22-09
Commission Expires on