# AFFIDAVIT

[ 28 U.S.C.S. § 1746 ]

To: United States District Court
for the District of Rhode Island
District Judge, William E. Smith
One Exchange Terrace
Providence, RI. 02903

From: Michael J. Wheelock Sr., Inmate # 74124
Maximum Security, Prudence I. - Cell 27
PO. Box 8273, Cranston, RI. 02920

Date: April 20,2007

Re: Wheelock Sr.,et.al. v. State of Rhode Island,et.al.,
C.A. No. 06-366S

Dear Honorable Smith,

1. Plaintiffs' filed a Complaint [1], but were unable to secure the ~~names~~ signatures of all the plaintiffs' named within the complaint do to the inaccessability or the fear of retaliation. See Exhibit I.

Acting in "Good Faith," plaintiffs' did not serve that complaint upon the defendants'.

2. When all eleven plaintiffs' were able to secure their signatures upon the Complaint [22]. Acting accordingly, pursuant to Fed.R.Civ.P. RULE 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, . . ." They filed this Complaint [22] with the court, including the original and two copies. See Exhibit II.

Plaintiffs' also served each defendant with a copy of this Complaint [22] and a Notice of Lawsuit and Request for Waiver of Service of Summons. See Exhibit III.

3. Plaintiffs' mailed a letter to the Clerk of the Court, Doreen Baldinelli, requesting the clarification of Complaint [22]. Plaintiffs' could not understand why all eleven of them were not being recognized, when they had complied with Fed.R.Civ.P. RULE 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, . . ."

A copy of this letter was also sent to U.S. Magistrate Judge, Jacob Hagopian; U.S. Judge, William E. Smith; and, the Clerk of the U.S. Court of Appeals, Richard Cushing Donovan. See Exhibit IV.

Plaintiffs' did not receive a response to this letter.

4. Plaintiffs' filed a Motion to Amend Caption [78]. Plaintiffs' withdraw this Motion to Amend Caption [78].

5. Court ORDER denying plaintiffs' Motion to Amend Caption, because plaintiffs' have not complied with L.R.Cv. 15 (Plaintiffs' must supply the Court with the proposed amended pleading [102].

Upon information and belief, plaintiffs' did not need to file a Motion for Leave to Amend Complaint. See Fed.R.Civ.P. RULE 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, . . ."

**NOTE:** Plaintiffs' never served Complaint [1] upon the defendants', only complaint [22]. The plaintiffs' provided the Court with the original and two copies of Complaint [22] too.

Plaintiffs' contend that Complaint [22] should be the controling complaint and all eleven plaintiffs' acknowledged as so.

Plaintiffs' further question why all affidavits of others simarly situated do not appear on the docket as interested party's. See docket entries: 55; 67; 70; 71; 72; 76; 80; and, 84. See Exhibit V.

Also see the affidavit of Fred Erdman, who should appear on the docket as an interested party. See Exhibit VI.

Plaintiffs' pray that this Honorable Court will make the necessary corrections.

Sincerely,
Michael J. Whelock Sr.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on: April 30, 2007
(DATE)

Michael J. Whelock Sr.
(SIGNATURE)