**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, et al.

v. C.A. No. 06 - 366 S

STATE OF RHODE ISLAND, et al.

**Report and Recommendation**

Jacob Hagopian, Senior United States Magistrate Judge

Plaintiffs Michael J. Wheelock, Ernest Hazard, Kenneth Wilson and Louis Viveiros, *pro se* inmates incarcerated at the Rhode Island Department of Corrections, filed a Complaint presumably pursuant to 42 U.S.C. § 1983. Plaintiffs' eighty-one page Complaint named some twenty-nine defendants. Despite its excessive length, plaintiffs' Complaint did not identify (1) the factual basis for each of the plaintiff's claims (2) the legal claims asserted, and (3) which claims were lodged against which defendants.

On November 21, 2006, I issued a Memorandum and Order, granting the defendants' motion for a More Definite Statement pursuant to Fed. R. Civ. P. 12(e) and requiring the *pro se* plaintiffs each to file a pleading which stated in concise terms (1) the factual basis of each of the plaintiff's claim, (2) the legal claims asserted, and (3) which claims were lodged against which defendants. When the plaintiffs did not timely comply with my

Order, I issued a Show Cause Order, directing the plaintiffs to demonstrate why this instant action should not be dismissed due to their noncompliance.

On February 15, 2007, plaintiffs provided a Response to the Show Cause Order. In the Response, plaintiffs indicated that they did not receive a copy of the Memorandum and Order, granting the defendants' motion for a More Definite Statement issued on November 21, 2006. Accordingly, I discharged the Show Cause Order and permitted the *pro se* plaintiffs an additional ten days to provide a Response.

On March 12, 2006, plaintiff Kenneth Wilson provided a Response to the Order requiring a more definite statement. The remaining three defendants, Michael Wheelock, Ernest Hazard, and Louis Viveiros, did not. Accordingly, I recommend the District Court dismiss Michael Wheelock, Erenst Hazard and Louis Viveiros from this action due to their non-compliance.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed R. Civ. P. 72(b); LR Cv 72(d). Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 ( 1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
Date: 30 April 07