UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**DEFENDANTS' OBJECTION TO AFFIDAVIT**

Now comes the above-captioned Defendants and object to Plaintiff Wheelock's affidavit, enumerated as Document 105. For purposes of this objection, Plaintiff Wheelock's Affidavit will be treated as an Objection to the Magistrate Judge's Order denying a Motion to Amend Caption. See Docket Entry #102 (entered March 27, 2007). Defendants' Objection is based upon two principles.

First, the instant Objection is untimely. By Order dated March 27, 2007, the Magistrate Judge denied the Motion to Amend Caption. Pursuant to Rule 72(a), Objection to such orders must be made within 10 days and "a party may not thereafter assign as error a defect in the Magistrate Judge's Order to which objection was not timely made." The instant objection was not mailed until April 20, 2007, well beyond the time frame set forth in Rule 72.

Second, Plaintiff Wheelock has no standing to file the instant Objection since the Motion to Amend was filed by Plaintiff Kenneth Wilson and a non-party. See Docket Entry #78. Since the complained of Motion was not filed by Plaintiff Wheelock, he has no standing to object to its denial.

Wherefore, for the reason outlined, Defendants pray this Objection be denied.

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
______________________________
Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 10th day of May, 2007 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

/s/ Michael W. Field