UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK Sr.<br>Plaintiffs' et.al. | : | |
| v. | : | CA No. 06-366S |
| STATE OF RHODE ISLAND<br>Rhode Island Department<br>of Corrections,<br>Defendants' et.al. | : | |

**OBJECTION TO REPORT AND RECOMMENDATION**

Now comes, Luis Viveiros, Ernest Hazard, (collectively "plaintiffs'"), who Object to Senior United States Magistrate Judge, Jacob Hagopian's, Report and Recommendation (R&R), to dismiss plaintiffs' Luis Viveiros, and Ernest Hazard from this action due to their non-compliance, of order to provide a More Definite Statement.

On March 6,2007, plaintiff Kenneth Wilson provided a response to the order requiring a more definite statement. The more definite statement, listed the factual basis for **each** plaintiffs' claim, the legal claim asserted, which claims are lodged against which defendants', and exhaustion of remedies, to cover **all** plaintiffs'.

The plaintiff Kenneth Wilson submitted one copy to cover all plaintiffs'. It would have been repetitive for plaintiffs' to send to the court four (4) copies of the More Definite Statement.

Wherefore, the plaintiffs' pray that this Honorable Court over rules Judge Jacob Hagopian's Report and Recommendation and not dismiss plaintiffs' Luis Viveiros, Ernest Hazard from this action.

Respect fully Submitted,

Luis Viveiros #121195
Adult Correctional Inst.
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

Ernest Hazard #103948
Adult Correctional Inst.
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

**CERTIFICATION**

**[ 28 USCS § 1746 ]**

I, the undersigned certify that a copy of the foregoing Objection to Report and Recommendation was mailed postage pre-paid on May 7 ,2007, to the United States District Court For The District of Rhode Island, One Exchange Terrace, Providence, R.I. 02903; Attorney General, Special Assistant Attorney General, Michael W. Field #5809, 150 South Main Street, Providence, R.I. 02903.

Respectfully Submitted,

Luis Viveiros #121195
Adult Correctional Inst.
Medium Security
P.O. Box 8274
Cranston, R.I. 02920