UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.; KENNETH WILSON; LUIS VIVEIROS; and ERNEST HAZARD PLAINTIFFS', et.al. | : | |
| VS | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND DEFENDANTS', et.al. | : | |

**PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION**

Now comes the plaintiff, Michael J. Wheelock Sr., on behalf of himself, Kenneth Wilson, Luis Viveiros, Ernest Hazard, and all others similarly situated objecting to the Senior United States Magistrate Judge, Jacob Hagopian's Report and Recommendation filed on April 1,2007, recommending that the District court dismiss Michael Wheelock, Ernest hazard, and Luis Viveiros from this action due to their non-compliance in providing a response to the court's Order requiring them to provide a more definite statement.

In support of the plaintiffs' objection is the attached Memorandum of Law, Affidavit, and Exhibits.

Plaintiffs' pray that this Honorable Court will find that they have complied with the Magistrate Judge's Order to provide a More Definite Statement and not dismiss their action for non-compliance.

Respectfully Submitted,

Michael J. Wheelock Sr.
Plaintiffs', et.al.
PO. Box 8273
Cranston, RI. 02920

CERTIFICATION
28 U.S.C.S. § 1746

I, Michael J. Wheelock Sr., hereby declare that the foregoing documents were deposited in the institutions internal mail system on May 4th, 2007, first-class postage prepaid to:

United States District Court
for the District of Rhode Island
Att: Clerk's Office
One Exchange Terrace
Providence, RI. 02903

Attorney Generals Office
Att: Michael W. Field, #5809
150 South Main Street
Providence, RI. 02903

Michael J. Wheelock Sr.
(SIGNATURE)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.; KENNETH WILSON; LUIS VIVEIROS; and ERNEST HAZARD PLAINTIFFS', et.al. | : | |
| VS | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND DEFENDANTS', et.al. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS" OBJECTION TO THE REPORT AND RECOMMENDATION**

28 U.S.C.S. § 636 ((b)(1)(A,B,C)):

"Within ten days after being served with a copy, any party may serve and file written objections to such findings and recommendations as provided by the rules of the court. A judge of the court **shall** make a **"de novo"** determination of those portions of the report or specified proposed findings or recommendations to which the objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate. The judge may also receive further evidence or recommit the matter to the magistrate with instructions."

Plaintiffs' did comply with the Magistrate Judge, Jacob Hagopian's ORDER and did provide a More Definite Statement. See attached Affidavit and Exhibits.

Citing Haines v. Kerner, 30 L.Ed.2d 652 (1972), the United States Supreme Court holds the allegations of a **"pro se complaint"** to less stringent standards than formal pleadings drafted by lawyers.

In the instant action, there is no doubt that the plaintiffs' are **"pro se,"** and that the Court's Order to provide

a More Definite Statement is a **"complaint"** per se.

Adjudged de novo, with the affidavit/receipt of further evidence, and to less stringent standards than formal pleadings drafted by lawyers. Plaintiffs' believe that this Honorable Court will find that they did comply with the Magistrate Judge's ORDER to provide a More Definite Statement and not dismiss their action.

Respectfully Submitted,

Michael J. Wheelock Sr.

Michael J. Wheelock Sr.
Plaintiffs', et.al.
PO. Box 8273
Cranston, RI. 02920

CERTIFICATION
28 U.S.C.S. § 1746

I, Michael J. Wheelock Sr., hereby declare that the foregoing documents were deposited in the institutions internal mail system on May 4th ,2007, first-class postage prepaid to:

United States District Court
for the District of Rhode Island
ATT: Clerk's Office
One Exchange Terrace
Providence, RI. 02903

Attorney Generals Office
Att: Michael W. Field, #5809
150 South Main Street
Providence, RI. 02903

Michael J. Wheelock Sr.
(SIGNATURE)