UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.; KENNETH WILSON; LUIS VIVEIROS; and ERNEST HAZARD PLAINTIFFS', et.al. | : | |
| VS | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND DEFENDANTS', et.al. | : | |

**AFFIDAVIT**

28 U.S.C.S. § 1746

Plaintiff, Michael J. Wheelock Sr., is incarcerated at the Maximum Security Facility.

Plaintiffs', Luis Viveiros and Ernest Hazard are incarcerated at the Medium Security Facility, along with plaintiff, Kenneth Wilson.

This separation makes corresponding with them quite difficult, and in order to meet the court's ten day deadline plaintiff, Michael J. Wheelock Sr., is submitting this Objection to the Report and Recommendation on behalf of all plaintiffs'.

Exhibit I.

1. May 1,2007: Plaintiffs' received a report and recommendation from the Magistrate Judge stating, "The District Court should dismiss Michael J. Wheelock Sr., Luis Viveiros, and Ernest Hazard from this action due to non-compliance of a court order to provide a more definite statement.

2. August 11,2006: Plaintiffs' filed this action and were issued ONE case number for all plaintiffs'.

Exhibit II.

3. August 11,2006: A motion for certification as a class was submitted to the court by ONE plaintiff, Michael J.

Wheelock Sr., and the court recognized all plaintiffs' as filing that motion.

4. October 16,2006: Kenneth Wilson, ONE plaintiff, paid the District Court's $350.00 filing fee, receipt number 64530. The court excepted this fee on behalf of all plaintiffs'.

Exhibit III.

5. November 3,2006: Michael J. Wheelock Sr., ONE plaintiff, paid the Court of Appeals $455.00 filing fee, receipt number 64660. The court excepted this fee on behalf of all plaintiffs'.

Exhibit IV.

6. March 6,2007: Plaintiffs' complied with the court's Order to provide a more definite statement. See exhibit A.

The envelope which was sent to the court and contained plaintiffs' more definite statement. Plaintiff, Michael J. Wheelock Sr.'s return address appears in the upper left hand corner. See exhibit B.

Two A.C.I. Inmate Account Transfers signed by plaintiff, Michael J. Wheelock Sr. on 3/6/2007, and by Associate Director on 3/7/2007, used to withdraw $1.35 to pay for postage to mail the more definite statement to the addresses which appear on each: United States District Court for the District of Rhode Island; and Attorney Generals Office. See exhibit C.

Plaintiff, Michael J. Wheelock Sr.'s Inmate Account Statement showing that $1.35 was deducted from his account on 3/9/2007, for each envelope sent, which contained plaintiffs' more definite statement. See exhibit D.

Plaintiff, Michael J. Wheelock Sr., states that he did comply with the court's Order to provide a more definite statement, and that he mailed it to the Court and the Attorney Generals Office.

Plaintiff, Michael J. Wheelock Sr., states in this affidavit's numbers 1-5, that ALL plaintiffs' have been previously look upon by the District Court and Court of Appeals

as ONE.

Plaintiff, Michael J. Wheelock Sr., has provided evidence that it would be unjust to dismiss any plaintiff from this action due to non-compliance of a court order.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED ON: May** 4th **,2007**

**(SIGNATURE)**

CERTIFICATION
28 U.S.C.S. § 1746

I, Michael J. Wheelock Sr., hereby declare that the forepoing documents were deposited in the institutions internal mail system on May 4th ,2007, first-class postage prepaid to:

United States District Court
for the District of Rhode Island
Att: Clerk's Office
One Exchange Terrace
Providence, RI. 02903

Attorney Generals Office
Att: Michael W. Field, #5809
150 South Main Street
Providence, RI. 02903

(SIGNATURE)