UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK SR.<br>PLAINTIFFS, ET. AL.<br><br>VS.<br><br>STATE OF RHODE ISLAND, RHODE ISLAND DEPARTMENT OF CORRECTIONS(RIDOC); CARCIERI; ASHEBEL T. WALL; ROBERT McCUTCHEON; RIDOC PAROLE BOARD; LISA HOLLEY; RIDOC SEX OFFENDER TREATMENT PROGRAM; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RIDOC CLASSIFICATION BOARD; ROBERT FLYNN; JOHN DOE(?); AND ANY AND ALL MEMBERS OF ANY AND ALL ADMINISTRATIVE DUTIES;<br>DEFENDANTS, ET. AL. | : | C.A. No. 06-366S |

MOTION FOR CERTIFICATION AS A CLASS

Now comes the plaintiffs et. al., before this Court and under Federal Rules of Civil Procedure, Rule 23. Class Actions, requesting an order that their complaints be consolidated to form a Class Action Lawsuit.

The plaintiffs further move this Court that the review of this action on the merits be advanced and consolidated with the hearing of this motion to form a class action lawsuit.

Respectfully Submitted

Michael J. Wheelock Sr. #74124