# Adult Correctional Institutions
# Inmate Account Transfer

ID # 74124 DATE 10/18/06

NAME Wheelock (LAST) Michael (FIRST) J. (MIDDLE)

8886

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE (Frozen Account)

I. ☐ POSTAGE — AMOUNT

1. LETTER / LETTERS ________
2. CARD / CARDS ________
3. CERTIFIED MAIL ________
4. OTHER ________

TOTAL $ ________

IV ☐ WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ________

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ________

TOTAL $ ________

II. ☒ DRAW CHECK / CASH FOR $ 455.00

District Court Clerk
NAME

One Exchange Terrace
ADDRESS

Providence, R.I. 02903
CITY OR TOWN

Appeal Docketing Fee
RELATIONSHIP

V. ☐ PAYMENT OF FINE

TO ____________ COURT

FOR AMOUNT $ ________

PERSON ON VISITING LIST ☐ YES ☒ NO

VERIFIED [signature] ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES "Legal" C.A. No. 06-366S

☒ APPROVED ☐ DENIED [signature] ASSOCIATE DIRECTOR 10-19-06 DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ________

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ________ FROM THE ADULT CORRECTIONAL INSTITUTIONS/BUSINESS OFFICE.

[signature] Michael J. Wheelock Jr.
INMATES SIGNATURE

________
RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

Case: 1:06cv366

Michael J. Wheelock Sr. 74124
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, RI 02920

---

[illegible]

[illegible]

UNITED STATES DISTRICT COURT

[illegible], RI

Receipt No. [illegible]
Cashier [illegible]

[illegible]

[illegible]

| | | | |
|---|---|---|---|
| [illegible] | Type | [illegible] | Amount |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |

Total Amount $ 455.[illegible]

[illegible] FILING FEE FOR MICHAEL [illegible]

[illegible]