Michael J. Wheelock, Sr.
P.O. Box 8274
Cranston, R.I. 02920



United States District Court for the District of Rhode Island
Senior United States Magistrate Judge, Jacob Hagopian
One Exchange Terrace
Providence, Rhode Island 02903

"Legal Mail" Certification 28 USCS § 1746

~~[illegible]~~ March 6, 2007

3