CERTIFICATION 28 USCS § 1746

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 74124 DATE 03/06/07

NAME Wheelock,Sr. (LAST) Michael (FIRST) Joseph (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE — AMOUNT
1. LETTER / LETTERS 1.35
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER 1-package
TOTAL $

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ___
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ___
TOTAL $

II. [ ] DRAW CHECK / CASH FOR $
Attorney Generals Office (NAME)
150 Soputh Main Street (ADDRESS)
Providence,RI. 02903 (CITY OR TOWN)
Michael W. Field #5809 (RELATIONSHIP)

V. [ ] PAYMENT OF FINE
TO ___ COURT
FOR AMOUNT $

PERSON ON VISITING LIST [ ] YES [X] NO VERIFIED ___ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal Mail

[X] APPROVED [ ] DENIED ___ ASSOCIATE DIRECTOR 3/7/07 DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ___ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

INMATES SIGNATURE ___ RECEIVED ABOVE PAYMENT ___

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

---

Certification 28 USCS § 1746

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 74124 DATE 03/06/07

NAME Wheelock,Sr. (LAST) Michael (FIRST) Joseph (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE — AMOUNT
1. LETTER / LETTERS 1.35
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER 1-package
TOTAL $

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ___
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ___
TOTAL $

II. [ ] DRAW CHECK / CASH FOR $
U.S.DistrictCourt of RI. (NAME)
One Exchange Terrace (ADDRESS)
Providence, RI. 02903 (CITY OR TOWN)
SeniorU.S.Magistrate Judge,Jacob Hagopian (RELATIONSHIP)

V. [ ] PAYMENT OF FINE
TO ___ COURT
FOR AMOUNT $

PERSON ON VISITING LIST [ ] YES [X] NO VERIFIED ___ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal Mail

[X] APPROVED [ ] DENIED ___ ASSOCIATE DIRECTOR 3/7/07 DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ___ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

INMATES SIGNATURE ___ RECEIVED ABOVE PAYMENT ___

S - 14 OFFICE COPY - WHITE [redacted] COPY - CANARY