UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Michael J. Wheelock, Sr., et al
Plaintiff

V. CA06-366S

State of Rhode Island, et al
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on April 30, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b)(1). Plaintiffs' objection to the Report and Recommendation is DENIED and Plaintiffs' Michael Wheelock, Ernest Hazard and Louis Viveiros are hereby dismissed from this action due to their non-compliance.

BY ORDER:

Doreen Baldwell

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/16/07