UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 21, 2007

**NOTICE**

**RE: C.A. No. O6-366S Kenneth Wilson v. State of Rhode Island**

Dear Counsel:

A pretrial TELEPHONIC conference regarding the above case will be held on **Thursday May 31, 2007 at 11:00 AM**. In order to facilitate an informed discussion of the merits of the case and the prospects for settlement, Plaintiff shall contact Defendants' counsel prior to that time for the following purposes:

1. Exchanging relevant information and documents.
2. Identifying the facts that are in dispute.
3. Identifying the legal issues.
4. Identifying as precisely as possible the nature of the discovery contemplated by each party.
5. Exploring the possibility of settlement before substantial expenditures of time and money are made.

**In addition, at the time of the conference, counsel for each party asserting a claim (including a counterclaim and/or cross claim) shall deliver to the Court a written statement enumerating the elements that must be proved to sustain such claim together with citations to the relevant authorities upon which counsel relies.**

**Lead trial counsel (and local counsel, if any) are required to participate in the conference.**

COUNSEL ARE INSTRUCTED TO NOTIFY THE UNDERSIGNED CLERK IMMEDIATELY IF COUNSEL FOR ANY PARTY HAS BEEN OMITTED FROM THE LIST OF COUNSEL RECEIVING THIS NOTICE.

Sincerely,

Jacob Hagopian
Senior U.S. Magistrate Judge

BY: Paula Farrell Pletcher
Paula Farrell Pletcher
Case Management Supervisor
752-7207