UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL J. WHEELOCK, SR., ET AL<br>Plaintiffs, | : | |
| V. | : | C.A. No. 06-366S |
| STATE OF RHODE ISLAND ET AL.<br>Defendants, | : | |

**DEFENDANTS' OBJECTION TO STATEMENT OF FACTS BY LOUIS VIVEIROS**

Now come the Defendants and object to the Statement of Facts by Louis Viveiros. Defendants have never received a copy from the Plaintiff and the Court could not scan the document. Moreover, Viveiros is no longer a Plaintiff to this lawsuit.

Wherefore, for the reason outlined, Defendants Object to Viveiros' Statement of Facts.

Respectfully submitted,

DEFENDANTS
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field

Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 22nd day of May, 2007 to those indicated below:

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveiros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr**
74124
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

/s/ Michael W. Field