UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Michare J. Wheelock, Sr.,<br>Plaintiffs', et.al. | : | |
| V. | : | CA No. 06-366S |
| State of Rhode Island<br>Defendants', et.al. | : | |

**MOTION FOR LEAVE TO AMEND PLEADINGS**

Now comes Plaintiff Kenneth P. Wilson for a Motion For Leave to Amend Pleadings under Rule 15(a). Original complaint was brought forth as a proposed class action. Now the sole surviving member of the proposed class action.

While previous complaint addressed issues of all Plaintiffs' Petitioner Kenneth P. Wilson seeks to taylor the issues to personnal interests which would require dropping Defendants' and narrowing the issues.

Wherefore, the Plaintiff pray's that this Honorable Court grant this Motion for Leave to Amend Pleadings.

Respectfully Submitted,

Kenneth P. Wilson, #110276
Plaintiff(s'), et.al.

[ 28 USCS § 1746 ]

I hereby certify that on May 23, 2007, I mailed a true copy of this document, Motion For Leave to Amend Pleadings, postage pre-paid to: Attorney General, Special Assistant Attorney General, Michael W. Fields #5089, 150 South Main Street, Providence, R.I. 02903; United States District Court for The District of Rhode Island, One Exchange Terrace, Providence, R.I. 02903.

Kenneth P. Wilson #110276
Plaintiff(s'), et.al.
Adult Correctional Inst.
Medium Security
Cranston, R.I. 02920