United States District Court
For the District of Rhode Island

Michael J. Wheelock, Sr., et.al.

v.

State of Rhode Island, et.al.

<u>Plaintiff's Objection to the Court Order Dismissing them from the action due to Non-compliance</u>

AFFIDAVIT

[28 USCS § 1746]

Now comes Michael J. Wheelock, Sr., on behalf of all plaintiffs, as well as all others similarly situated, objecting to the above order, date 5/14/07, for the following reasons:

1. Plaintiffs Michael J. Wheelock, Sr., Kenneth Wilson, Ernest Hazard, and Luis Viveiros gave the U.S. District Court for the District of Rhode Island notification of Writ of Certiorari in the United States Supreme Court on February 17, 2007, and requested that this honorable court grant a stay/injunction until properly adjudicated in the U.S. Supreme Court. See Exhibit I.
2. Plaintiffs filed Writ of Certiorari in the U.S. Supreme Court. See Exhibit II. Also see Exhibit III.
3. Plaintiff Michael J. Wheelock, Sr. hereby declares that on May 16, 2007, Officer I. Rossi wrapped the envelope addressed to the U.S. Supreme Court containing the appropriate legal filing and I signed a money transfer for the funds to be deducted from my account for the proper first class postage to forward the sealed legal

documentation. I herein state that I filed the Petition for the Court in a timely manner and also that the Petition was not forwarded as expected since RIDOC personnel intercepted this legal mailing, opened and read the legal mailing, destroyed the envelope and placed the opened documentation back into my possession five days after they were due to be forwarded to the Court. See Exhibit III.

4. Plaintiff Michael J. Wheelock, Sr., maintains his objection to the Magistrate Judge's order to be filed within the Court of Appeals. Reserving his right to that appeal until this Objection is decided.

Wherefore, plaintiffs' pray that the order of their dismissal be rescinded until heard by the United States Supreme Court on their Writ of Certiorari.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2007

Michael J. Wheelock, Sr.