**Exhibit I.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR. ET.AL. :
Plaintiffs, :
:
V. : CA No. 06-366S
:
STATE OF RHODE ISLAND ET.AL. :
Defendants, :

NOTIFICATION OF WRIT OF CERTIORARI
IN UNITED STATES SUPREME COURT

Now comes the Plaintiffs' et.al. who have written to the United States Supreme Court requesting proper documents to file their Writ of Certiorari. (See attached copy.)

Pursuant to United States Supreme Court rule 13 review on Certiorari: time for petitioning Section 1, unless otherwise provided by law, a petition for a Writ of Certiorari to review a judgement in any case, civil or criminal, entered by a State Court of last resort or a United States Court of Appeals is timely when it is filed with the Clerk of this Court within 90 days after entry of judgement.

Therefore, for the above reasons plaintiffs' et.al. request that this Honorable Court will grant their motion to Stay/Injunction proceedings until this matter has been properly adjudicated with in the United States Supreme Court.

Respectfully Submitted
Plaintiffs' et.al.

ERNEST HAZARD

MICHAEL J. WHEELOCK SR.

LUIS VIVEIROS

KENNETH WILSON

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, D.C. 20543-0001**

**WILLIAM K. SUTER**
Clerk of the Court

Dear Clerk, February 13,2007

Please send Guide for Prospective Indigent Petitioners for Writs of Certiorari, any and all pertient information need to do so.

Sincerely,

Kenneth Wilson #110276
Adult Correctional Inst.
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

cc:file

**CERTIFICATION**
**[ 28 USCS § 1746 ]**

I, the undersigned certify that a copy of the foregoing Notification of Writ of Certiorari; was mailed postage pre-paid on February 17,2007, to the Office of the Clerk, Supreme Court Of The United States, Washington, D.C. 20543; United States Court of Appeals, Office of the Clerk, John J. Moakly U.S. Courthouse, One Courthouse Way, Suite 2500, Boston, Massachusetts 02210; United States District Court, For The District of Rhode Island, U.S. District Judge William E. Smith, One Exchange Terrace, Providence, R.I. 02903; Attorney General, Special Assistant Attorney General, Michael W. Field #5809, 150 South Main Street, Providence, R.I. 02903.

Kenneth Wilson #110276
Adult Correctional Inst.
Medium Security
P.O. Box 8274
Cranston, R.I. 02920

cc:file

Kenneth Wilson
P.O. Box 8274
Cranston, R.I. 02920




Attorney General
Special Assistant Attorney General
Michael W. Field, #5809
150 South Main Street
Providence, R.I. 02903

"Privileged/Legal Mail"

February, 17th, 2007

Kenneth Wilson
P.O. Box 8274
Cranston, R.I. 02920




UNITED STATES COURT OF APPEALS
OFFICE OF THE CLERK
JOHN J. MOAKLY U.S. COURTHOUSE
ONE COURTHOUSE WAY, SUITE 2500
BOSTON, MASSACHUSETTS 02210

"Privileged/Legal Mail"

February 17th, 2007