# Exhibit II.

No. ____________________

IN THE

SUPREME COURT OF THE UNITED STATES

Michael J. Wheelock, Sr. — PETITIONER
(Your Name)

VS.

State of Rhode Island, et. al. RESPONDENT(S)

**PROOF OF SERVICE**

CERTIFICATION [28 U.S.C.S. § 1746]

I hereby declare that I deposited in the Adult Correctional Institution's internal mail system a true copy of the petition for writ of certiorari first-class postage prepaid via inmate account money transfer to deduct said postage from my institutional account on May 10th, 2007, to: Attorney Generals Office, Michael W. Field, # 5089, 150 South Main Street, Providence, RI. 02903.

(SIGNATURE)