# Exhibit III.

**AFFIDAVIT**

[28 U.S.C.S. § 1746]

On May 10,2007, at 10:15am., Correctional Officer Keith Parenteau, confiscated a package because it was sealed with scotch tape.

The front of the package was clearly addressed to the United States Supreme Court, 1 First Street, N. E., Washington, DC 20543; marked legal mail confidential; certified as a legal document under 28 U.S.C.S. § 1746; dated May 10,2007; and signed by me.

Attached to the reverse side was an Inmate Account Transfer certified under 28 U.S.C.S. § 1746, and signed by me, so the appropriate postage could be deducted from my Inmate Account.

At approximately 11:15am., I handed Lieutenant Chappell an envelope containing a notice of a Writ of Certiorari to the Attorney Generals Office, 150 South Main Street, Providence, RI. 02903.

These packages were under time restraint, and had to be placed into the institution's mail system on May 10,2007, to be in compliance with United States Supreme Court RULE 29(2).

On May 15,2007, at 8:00am., Lieutenant Alves informed me that he had some confiscated legal mail in his locker.

At 11:00am., Correctional Officer Baptista, handed me a pile of legal papers. They were the legal documents which had been sealed in the above described envelope addressed to the United States Supreme Court.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: May 16th ,2007.

(SIGNATURE)

# Certification

[28 U.S.C.S. § 1746]

I hereby certify that I placed these documents in the U.S. Mail to a family member on May 18, 2007. The purpose is to mail to the United States District Court for the district of Rhode Island, One Exchange Terrace, Providence, RI 02903, and to the Attorney General's Office, 150 South Main Street, Providence, RI 02903.

Michael J. Wheelock, Sr.