# NOTICE

I, Michael J. Wheelock Sr., on behalf of myself, co-plaintiffs', and all others similarly situated, hereby request that this Honorable United States District Court for the District of Rhode Island "STAY" all proceedings regarding Civil Action No. 06-366S.

Supporting this request for a stay is the plaintiffs' attached Notification to the United States District Court, and others of their intent to file a Petition in For A Writ of Certiorari; requested stay/injunction; and proof of service dated Febuary 17,2007. Why the Court has continued with proceedings is unknown.

Also supporting this NOTICE of stay is the APPLICATION FOR A STAY and AFFIDAVIT to the United States Supreme Court enclosed within.

Respectfully Submitted,

Michael J. Wheelock Sr.
Plaintiffs', et.al.
Pro Se

No. ______________

______________

IN THE

SUPREME COURT OF THE UNITED STATES

______________

Michael J. Wheelock Sr.,et.al. — PETITIONER(S)

vs.

State of Rhode Island,et.al. — RESPONDENT(S)

## APPLICATION FOR A STAY

Now comes plaintiff, Michael J. Wheelock Sr., on behalf of himself, co-plaintiffs', and all others similarly situated submitting an application for a stay pursuant to United States Supreme Court RULE 23.

In support of this application for a stay in the proceedings of the United States District Court for the District of Rhode Island is the attached affidavit.

Plaintiffs' pray that this Honorable Court will grant their application for a stay in the United District Court for the District of Rhode Island's proceedings until this matter is resolved within the United States Supreme Court.

Respectfully Submitted,

Michael J. Wheelock Sr.
Plaintiffs',et.al.
Pro Se

CERTIFICATION

28 U.S.C. § 1746

PROOF OF SERVICE

I hereby declare that on the 25th day of May, 2007, I deposited the foregoing into the institution's internal mail system, United States first class postage prepaid to:

United States Supreme Court
1 First Street, N. E.
Washington, DC 20543

United States District Court
for the district of Rhode Island
1 Exchange Terrace
Providence, RI. 02903

Attorney Generals Offfice
150 South Main Street
Providence, RI. 02903

United States District Court
ATT: Paula Farrell Pletcher
1 Exchange Terrace
Providence, RI. 02903

and via institutional interdepartmental mail to:

Kenneth Wilson, Inmate #110276
John J. Moran Medium Security
PO. Box 8274
Cranston, RI. 02920

cc: file

Michael J. Whalen Jr.