# AFFIDAVIT
28 U.S.C. § 1746

I hereby declare my name is Michael J. Wheelock Sr., an inmate confined to the State of Rhode Island Adult Correctional Institution. Also, a co-plaintiff acting pro se in the United States District Court for the District of Rhode Island, Civil Action No.06-366S, who has been seeking the certification of a class to no avail.

1. Febuary 9,2007, plaintiffs' were denied a Petition for Panel Hearing/Rehearing En Banc.

2. Febuary 17,2007, plaintiffs' filed a notification of their intent to Petition For A Writ Of Certiorari, and requested a stay/injunction pursuant to United States Supreme Court RULE 13. Said stay/injunction was not granted.

3. May 10,2007, last day to file the Petition For A Writ Of Certiorari pursuant to United States Supreme Court RULE 29(2).

4. May 10,2007, at 10:15am., Correctional Officer Parenteau confiscated a packed because it was seal shut with scotch tape.

The package was clearly addressed to the United States Supreme Court, 1 First Street, N. E., Washington, DC 20543; marked Legal Mail, "Confidential"; certified as a legal document under 28 U.S.C. § 1746; dated May 10,2007, and signed by me.

Attached to the reverse side of the package was an Inmate Account Money Transfer certified under 28 U.S.C. § 1746, and signed by me for the appropriate postage to be deducted from my

Inmate Account after it was weighed.

5. May 10,2007, at approximately 11:15am., I handed Lieutenant Chappell an envelope. i.e., placing it into the institution's internal mail system.

The envelope contained service upon the respondents' of petitioners' Motion For Leave To Proceed In Forma Pauperis, and a Petition For A Writ Of Certiorari to the attorney of record: Attorney Generals Office, 150 South Main Street, Providence, RI. 02903.

6. May 15,2007, at approximately 8:00am., Lieutenant Alves informed me he had some confiscated legal mail in his locker that he needed to give me.

7. May 15,2007, at approximately 11:00am., Correctional Officer Baptista handed me a pile of legal papers. These were the papers contained within the sealed package that was addressed to the United States Supreme Court which was confiscated five days earlier.

8. May 16,2007, at approximately 1:30pm., the papers going to the United States Supreme Court were rewrapped, per order of Deputy Warden Leach, and placed by him personally into the institution's internal mail system.

9. May 16,2007, I received an ORDER from United States District Judge, William Smith dismissing myself, and two other co-plaintiffs' from this action.

10. May 21,2007, I received a NOTICE of a telephonic conference scheduled for May 31,2007, at 11:00am.

I contend that by their own actions and omissions, and due to no fault of my own. I have been denied access to the United States Supreme Court and request an immediate stay in proceedings within the United States District Court for the District of Rhode Island until matters have been adjudged within the United States Supreme Court.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: May 25th, 2007.

(SIGNATURE)