# Affidavit / Declaration
## Notice of Appeal

I, Michael J. Wheelock, Sr., Pro Se, a prisoner at the Rhode Island Department of Corrections, and a party of case #06-3665, who wishes to appeal the decision of removing him from the action, to the First Circuit Court of Appeals. However, the RIDOC, specifically, Captain Ashton, and mail officer Tyree are blocking my access to the court through stopping my Legal Mail from reaching me, or reaching the Courts, or family to relay to the Courts.

My access to the United States Supreme Court has been stopped in the same manner.

I have now been locked in Segregation for eighty days for trying to mail a Petition for A Writ Of Certiorari.

They are trying to make me miss time restraints and are doing quite a good job.

This is my Notice of Appeal to the First Circuit Court of Appeals.

Would you please send me an application to proceed in the Court of Appeals Informa Pauperis, a motion to stay proceedings in the U.S. District Court, and a Motion to grant Leave to Appeal, because I have no access to them.

I, Michael J. Wheelock Sr., hereby declare that the above is true and correct. I further declare that this Notice of Appeal was placed into the institutions internal mail system first class postage prepaid to the clerk of the United

over →

states District Court, One Exchange Terrace, Providence, RI 02903, on June 11, 2007.

Executed On: June 11, 2007 [illegible signature]

FILED

2007 JUN 14 A 9:23

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND