UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR., ET AL :
Plaintiffs, :
:
V. : C.A. No. 06-366S
:
STATE OF RHODE ISLAND ET AL. :
:
Defendants, :

**DEFENDANTS' OBJECTION TO PLAINTIFF WHEELOCK' S MOTION TO STAY ALL PROCEEDINGS**

Defendants object to Plaintiff Wheelock's motion seeking to stay all proceedings, apparently filed pursuant to Fed. R. Civ. P. 62. Inmate Wheelock seeks to stay all proceedings pending review by The United States Supreme Court of his interlocutory appeal of this Honorable Court's ruling denying him class certification. Defendants' objection is based upon the fact that to the extent Inmate Wheelock seeks a stay from this Honorable Court, it would be inappropriate because he is contemporaneously requesting a stay before the United States Supreme Court, where his application remains pending. Furthermore, Wheelock's interlocutory appeal holds the slimmest of chances of success with the United States Supreme Court as the Magistrate Judge, the District Court Judge, and the First Circuit Court of Appeals have already uniformly denied Plaintiff's quest to be certified as a class. Accordingly, the Defendants respectfully submit that the Motion to stay proceedings pending an order from the United States Supreme Court should be denied.

Respectfully submitted,
DEFENDANTS

By their Attorney,

PATRICK C. LYNCH

ATTORNEY GENERAL

/s/ Michael W. Field

Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
**mfield@riag.ri.gov**

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Objection was mailed, postage prepaid, on this 15th day of June, 2007 to those indicated below:

/s/ Michael W. Field

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr.**
74124
Adult Correctional Institution
Maximum Security
PO Box 8273
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920