UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KENNETH P. WILSON
Plaintiff

V. CA No. 06-366S

STATE OF RHODE ISLAND
Defendants'

MOTION TO DISMISS

Now comes the Plaintiff Kenneth P. Wilson in this instant action with a Motion to Dismiss for the furtherance of Justice.

The Defendants are requesting that this instant action be dismissed pursuant to Rule 12(b)(6) for failure to state a claim. Plaintiff will not contest this Motion to Dismiss by the Defendants'

Wherefore, the Plaintiff prays that this Honorable Court grant this Motion to Dismiss.

Respectfully Submitted,

Kenneth P. Wilson, #110276
Plaintiff.

**[ 28 USCS § 1746 ]**

I hereby certify that on June 18 ,2007, I mailed a true copy of this document, Motion to Dismiss, postage pre-paid to: Attorney General, Special Assistant Attorney General, Michael W. Fields #5089, 150 South Main Street, Providence, R.I. 02903; United States District Court for The District of Rhode Island, One Exchange Terrace, Providence, R.I. 02903.

Kenneth P. Wilson #110276
Plaintiff
P.O. Box 8274
Adult Correctional Inst.
Medium Security
Cranston, R.I. 02920