# NOTICE

I, Michael J. Wheelock Sr., on behalf of myself, co-plaintiffs', and all others similarly situated, hereby request that this Honorable United States District Court for the District of Rhode Island "STAY" all proceedings regarding Civil Action No. 06-366S.

Supporting this request for a stay is the plaintiffs' attached Notification to the United States District Court, and others of their intent to file a Petition in For A Writ of Certiorari; requested stay/injunction; and proof of service dated Febuary 17,2007. Why the Court has continued with proceedings is unknown.

Also supporting this NOTICE of stay is the APPLICATION FOR A STAY and AFFIDAVIT to the United States Supreme Court enclosed within.

ORDER
DENIED. No basis exists in which to Stay the instant proceedings.

Jacob Hagopian
Sr. U.S. Magistrate Judge
June 19. 2007

Respectfully Submitted,

Michael J. Wheelock Sr.
Plaintiffs', et.al.
Pro Se