UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR., ET AL :
Plaintiffs, :
:
V. : C.A. No. 06-366S
:
STATE OF RHODE ISLAND ET AL. :
:
Defendants, :

**DEFENDANTS' RESPONSE TO PLAINTIFF WILSON'S MOTION TO DISMISS**

Now come all the Defendants, individually and officially, and respond to Plaintiff Wilson's "Motion to Dismiss" his lawsuit by stating that Defendants have no objection to the Motion being granted. In fact, Plaintiff Wilson's "Motion to Dismiss" is more appropriately treated as no objection to the Defendants' Motion to Dismiss, which remains pending. Accordingly, Defendants respectfully request that this Honorable Court dismiss this lawsuit and enter judgment in their favor in regards to all claims by all Plaintiffs.

Respectfully submitted,
DEFENDANTS

By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael W. Field
Michael W. Field, #5809
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 Ext. 2380
Fax (401) 222-2995
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Response was mailed, postage prepaid, on this 21st day of June, 2007 to those indicated below:

/s/ Michael W. Field

**Ernest Hazard**
103948
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Louis Viveros**
121195
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920

**Michael J. Wheelock, Sr.**
74124
Adult Correctional Institution
Maximum Security
PO Box 8273
Cranston, RI 02920

**Kenneth Wilson**
Adult Correctional Institution
Medium Security
PO Box 8274
Cranston, RI 02920