**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Michael J. Wheelock, et al**

**V.** **Case Number: C.A. NO. 06-366S**

**State of Rhode Island, et al**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, State of Rhode Island Department of Corrections, Carcieri, Ashbel T. Wall, Robert M. McCutcheon, RIDOC (Parole Board), Lisa Holley, RIDOC (Sex Offender Treatment Program), Peter Loss, Kirk Kaszyk, William Begones, Joseph F. Jankowski, Richard Meunier, Walter Duffy, Lawrence Ceresi, Samuel Davies, Maurice Chamberlain, Carolyn Ramano, RIDOC (Classification Board) and Robert Flynn against the Defendant, Kenneth Wilson in accordance to the Text Order dated June 22, 2007 granting Plaintiff's Motion to Dismiss.**

**June 22, 2007**
**Date**

Jo-Ann Baldwell
**Deputy Clerk**