# Affidavit

I, Michael J. Wheelock Sr., hereby state under penalty of perjury 28 USC § 1746 that I have no assets.

Executed on: July 2, 2007

Michael J. Wheelock Sr.
(Signature)

Note: I am in segregation, have no money, and the A.C.I. is denying me the ability to send legal material to the courts. I had to borrow this envelope and stamps to send this.