# Certification

I, Michael J. Wheelock Sr., hereby certify under penalty of perjury 28 USC §1746 that the attached Inmate Account statement is true and correct.

Executed on: July 2, 2007

Michael J. Wheelock Sr.
(signature)

**Note:** Inmates are unable to get their Inmate account ledgers certified (notorized) by an Institutional Officer. See attached Inmate Request to Counselor form dated June 26, 2007.