June 26, 07

# Inmate Request to Counselor

Name: Michael Wheelock ID: 74124 Cell: Seg 16

This form has been developed to permit prompt response to your questions and requests. If you need to speak to a counselor, please be specific when stating your issue. Your counselor will schedule a meeting with you if necessary.

- [x] **Inmate Ledger** (only during the 5 work days after inmate payroll)
- [ ] **Date Sheet** (only during the 5 work days after inmate payroll)
- [ ] **Visitor List**
- [ ] **Classification Points Last Hearing**
- [ ] **Next Classification Hearing**
- [ ] **Parole Hearing Date**
- [ ] **Restoration of Lost Good Time** (90 days before release date)
- [ ] **Meritorious Good Time** (you must submit a copy of your certificate)
- [ ] **Other** (You must be specific)

Would you please provide me with the last 6-months of my inmate ledger, and have it notorized. The United States District Court is requesting that I provide this documentation.

Thank you

Can I also have copies of the 3 infractions dated June 5, 2007.

Counselor's Response:

you need to write to inmate accounts for copy of ledgers. I do not notarize lodgers there is a court paper that I do notarize

K