# Proof of Service
## Certification

I, Michael J. Wheelock Sr., a prisoner at the A.C.I. hereby declare that I placed an application To proceed In forma pauperis, affidavit of assets, certification with attached inmate account statement, and Inmate Request to counselor into the institution's internal mail system, first-class postage prepaid on the 2nd day of July, 2007 to:

United States District Court
Clerk's Office
One Exchange Terrace
Providence, RI. 02903

Michael J. Wheelock Sr.
(Signature)