06-366
USDC/R.I
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1935

MICHAEL J. WHEELOCK, SR.

Plaintiff - Appellant

ERNEST HAZARD; KENNETH WILSON; LUIS VIVEIROS

Plaintiffs

v.

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS; DONALD L. CARCIERI; AS DEPARTMENT OF CORRECTIONS, PAROLE BOARD; LISA HOLLEY; RHODE ISLAND DEPARTMENT OF CORRECTIONS, SEX OFFENDER TREATMENT PROGRAM; PETER LOSS; KIRK KASZYK; WILLIAM BEGONES; JOSEPH F. JANKOWSKI; RICHARD MEUNIER; WALTER DUFFY; LAWRENCE CERESI; SAMUEL DAVIES; MAURICE CHAMBERLAIN; CAROLYN RAMANO; RHODE ISLAND DEPARTMENT OF CORRECTIONS, CLASSIFICATION BOARD; ROBERT FLYNN

Defendants - Appellees

### JUDGMENT

Entered: November 19, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.
Richard Cushing Donovan, Clerk
George [signature]
Deputy Clerk
Date: 11/19/07

By the Court:
Richard Cushing Donovan, Clerk

By ERIC H. DEININGER
Appeals Attorney

[cc: Michael J. Wheelock, Ernest Hazard, Kenneth P. Wilson, Louis Viveiros, Richard B. Woolley, AAG, Michael W. Field, AAG]